IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY K.Z. CATLETT, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 12-153 (JBS/AMD) |
| v. | |
| NEW JERSEY STATE POLICE, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Defendant New Jersey State Police to dismiss and for summary judgment [Docket Item 8], the motion of Plaintiff for leave to file an amended complaint [Docket Item 14], and the motion of Defendant Diorio to dismiss [Docket Item 20]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**28th**__ day of **August, 2012** hereby

ORDERED that the motion of Defendant New Jersey State Police [Docket Item 8] is **GRANTED**; the Court will dismiss Defendant New Jersey State Police from the action; and it is further

ORDERED that the motion of Plaintiff for leave to file an amended complaint [Docket Item 14] is **DENIED WITHOUT PREJUDICE** to filing a renewed motion for leave to file an amended complaint that cures the deficiencies identified in the accompanying Order of today's date; and it is further

ORDERED that the motion of Defendant Diorio to dismiss [Docket Item 20] is **DENIED**.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge