IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY K.Z. CATLETT,<br><br>        Plaintiff,<br><br>  v.<br><br>NEW JERSEY STATE POLICE, et al.,<br><br>        Defendants. | Civil Action<br>No. 12-153 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court on Plaintiff's motion to amend the complaint [Docket Item 53]; the Court having considered the parties' submissions; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS, this __**31st**__ day of __**July**__, **2013** hereby

ORDERED that the motion to amend is **DENIED** as to all claims arising under 42 U.S.C. § 1983 and the New Jersey Civil Rights Act against Defendants Dominic Diorio, Diane Stavoli and South Jersey Healthcare; and it is further

ORDERED that Plaintiff's motion to amend the complaint is **DENIED** as to all false imprisonment claims arising under 42 U.S.C. § 1983 and the New Jersey Civil Rights Act against Defendants Vineland Police Department and Vineland EMS, and it is further

ORDERED that the motion to amend is **DENIED** as to all New Jersey state law claims against Defendants Vineland Police Department and Vineland EMS; and it is further

ORDERED that Plaintiff's motion to amend is **GRANTED** as to all other claims in the Proposed Amended Complaint [Docket Item 53]; and it is further

ORDERED that Defendants Vineland Police Department and Vineland EMS are terminated as parties in this matter; and it is further

ORDERED that Plaintiff shall prepare her Amended Complaint in conformity with the directives in the Court's Opinion and Order and file same with the Clerk of Court within 14 days of the entry of this order.

                                                  **s/ Jerome B. Simandle**
                                                  JEROME B. SIMANDLE
                                                  Chief U.S. District Judge