IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| AMY K.Z. CATLETT, | : | HONORABLE JEROME B. SIMANDLE |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 12-153 (JBS/AMD) |
| v. | : | |
| | : | |
| NEW JERSEY STATE POLICE, et al., | : | **ORDER** |
| | : | |
| Defendants. | : | |

_____

This matter having come before the Court upon the motion of Plaintiff Amy K.Z. Catlett to reconsider and, in the alternative, for remand [Docket Item 56]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **19th** day of **November**, 2013 hereby

ORDERED that the motion of Plaintiff Amy K.Z. Catlett for reconsideration [Docket Item 56] is **DENIED**; and it is further

ORDERED that the motion of Plaintiff Amy K.Z. Catlett for remand is **DENIED**.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge