# EXHIBIT F

**South Jersey Healthcare**
Changing Medicine. Changing Lives.

## PATIENT INFORMATION SHEET

PAT: **CATLETT, AMY**
**3137 SWAN DR**

**VINELAND, NJ 08361**
H: **856-692-0938**
W:                          MOA: **Walk In**
\* \* \* \* \* PRIVACY IND \* \* \* \* \*:

MED REC: **900038941**          ADM: **11/21/2009 21:24**
DOB: **02/06/1973**     EMPLOYER:
SEX: **F**          PRIM. LANG: **English**
AGE: **36Y**                          ,
MATSTAT: **S**
ECD: **75282352**          ENCOUNTER: **4360872**

GUAR: **CATLETT, AMY**
**3137 SWAN DR**

**VINELAND, NJ 08361**

PT IS THE: **S**

GUAR EMP: **RONE, HUGHS, KOWALSKI**
**37 CANNON RANGE RD**

**MILMAY, NJ 08340**

EMR:     **ZIELINSKI, MARSHA**
CNTCT1: **3137 SWAN DR**
**VINELAND, NJ 08360**
**856-692-0938**

EMR:
CNTCT2:

PT IS THE: **Child**

PT IS THE:

I1. **Self-Pay No Ins**
**SJH-Patient Billing Services**
**333 Irving Avenue**
**Bridgeton NJ 08302**
PH:

GRP#:
SUB:     **CATLETT, AMY**
POL#:    **900038941**
TAR#:

EFF DT:  **//**
ESP DT:  **//**
DOB:  **//**
PT IS THE:

I2:

GRP#:
SUB:     ,
POL#:
TAR#:

EFF DT:  **//**
EXP DT:  **//**
DOB:  **//**
PT IS THE:

PH:

I3:

GRP#:
SUB:     ,
POL#:
TAR#:

EFF DT:  **//**
EXP DT:  **//**
DOB:  **//**
PT IS THE:

PH:

I4:

GRP#:
SUB:     ,
POL#:
TAR#:

EFF DT:  **//**
EXP DT:  **//**
DOB:  **//**
PT IS THE:

PH:

ADM PHY: **KASPER, LAURA**
REF PHY:   ,
ACDNT DT: **//**

ATT PHY:          **KASPER, LAURA**
FAM PHY:          ,
ADM DIAG/CHIEF COMP/REASON: **TRANS FROM RMC CRISIS EVAL**

ADV DIR: **Patient has No Living Will**

DIAGNOSIS:

SJH - DIV: **B Emergency Room Services**

ADM SOURCE: **EO**

- PATIENT:    **CATLETT, AMY**
- UNIT / RM-BED:                    SVC: **EMR**
- MED REC NO: **900038941**          PT: **ER**
ENCOUNTER: **4360872**
-ECD NO: **75282352**          REG INIT: **U0AE_cald6664**

**South Jersey Healthcare**
Changing Medicine. Changing Lives.

Acct# 75282256 MRN 941    11/21/2009
CATLETT, AMY
DOB 02/06/1973    Sex F    Age 36Y
ATT DR: DIORIO, DOMINIC

PAT INFORMATION SHEET

PAT: **CATLETT, AMY**
    **3137 SWAN DR**

    **VINELAND, NJ 08360**
H: **215-299-4295**
W:    MOA: **Walk In**

MED REC: **285646455**    ADM: **11/21/2009 16:17**
DOB: **06/06/1973**    EMPLOYER:
SEX: **F**    PRIM. LANG: **English**
AGE: **36Y**
MATSTAT: **S**
ECD: **75282265**    ENCOUNTER: **4360773**

\* \* \* \* \* PRIVACY IND \* \* \* \* \*:

GUAR: **CATLETT, AMY**
    **3137 SWAN DR**

    **VINELAND, NJ 08360**

GUAR EMP:

PT IS THE: **S**

EMR:
CNTCT1:

EMR:
CNTCT2:

PT IS THE:

PT IS THE:

I1. **Self-Pay No Ins**
    **SJH-Patient Billing Services**
    **333 Irving Avenue**
    **Bridgeton NJ 08302**
    PH:

GRP#:    EFF DT: **//**
SUB:    **CATLETT, AMY**    ESP DT: **//**
POL#:    **285646455**    DOB: **//**
TAR#:    PT IS THE:

I2:

GRP#:    EFF DT: **//**
SUB:    ,    EXP DT: **//**
POL#:    DOB: **//**
TAR#:    PT IS THE:
PH:

I3:

GRP#:    EFF DT: **//**
SUB:    ,    EXP DT: **//**
POL#:    DOB: **//**
TAR#:    PT IS THE:
PH:

I4:

GRP#:    EFF DT: **//**
SUB:    ,    EXP DT: **//**
POL#:    DOB: **//**
TAR#:    PT IS THE:
PH:

ADM PHY: **DIORIO, DOMINIC**
REF PHY:    ,
ACDNT DT: **//**

ATT PHY: **DIORIO, DOMINIC**
FAM PHY:
ADM DIAG/CHIEF COMP/REASON: **EVAL**

ADV DIR: **Patient has No Living Will**

DIAGNOSIS:

SJH - DIV: **R Emergency Room**

ADM SOURCE: **EO**

- PATIENT:   **CATLETT, AMY**
- UNIT / RM-BED:    SVC: **EMR**
- MED REC NO: **285646455**    PT: **ER**
  ENCOUNTER: **4360773**
- ECD NO: **75282265**    REG INIT: **U0AE_pier7780**

SJH-1390 (REV 8/09)

MEDICAL RECORDS    Printed on 11/21/2009  04:28 PM

SOUTH JERSEY HEALTHCARE / OTHER HOSPITAL BASED SPECIALTY GROUPS

☐ BRIDGETON        ☐ ELMER        ☐ REGIONAL MEDICAL CENTER

PATIENT NAME:  **CATLETT, AMY** _____ ACCT # __75282265__ _____ DATE OF SERVICE: _____ __11/21/2009__

f, the undersigned hereby agree: To grant consent to the physicians / hospital personnel to administer any treatment or medication as may be deemed necessary and / or advisable in the diagnosis and / or treatment of the above named patient.

In consideration of the services to be rendered to the above patient to pay the account of the hospital in accordance with the regular rates and terms of the hospital. I understand that giving insurance information does not relieve me of the responsibility to this claim. I further understand that it is my responsibility to resolve any disputes with my insurance company for non-payment after SJH / other Hospital Based Specialty Groups submits the initial bill. I understand that I will be charged for all costs should it be necessary for SJH / other Hospital Based Specialty Groups to employ the services of an attorney or collection agency to resolve this claim.

YES NO

☐ ☐ Authorize payment directly to SJH / other Hospital Based Specialty Groups of any hospital / medical benefits (do not exceed the hospital's / physician's normal charge) otherwise payable to me for the period of hospitalization shown above. I understand that this authorization does not release me of the responsibility for this claim and for any balance that may not be covered by my insurance.

☐ ☐ PHYSICIANS
     I understand that I will receive separate bills from the hospital and any / all physicians involved with this visit.

☐ ☐ I have received and understand my "Patient Rights."

☐ ☐ At this time or earlier, I have received a copy of the Hospital's Privacy Notice.

☐ ☐ I authorize SJH / other Hospital Based Specialty Groups and/or its associated physicians, to release information about my insurance coverage and the treatment provided to me to any person or entity who provides me with health care services that are related to this admission or outpatient treatment or who is involved in the payment for those health care services. I also authorize SJH / other Hospital Based Specialty Groups and/or its associated physicians, to release information about the treatment provided to me to any facility or individual who has a need to know that information in order to provide me with on-going treatment. This authorization is only valid until my medical claims have been resolved.

☐ ☐ I have received information regarding Medication Assistance Program and hereby appoint Pharmacy Healthcare Solutions of SJH Limited Power of Attorney to apply on my behalf and obtain replacement/reimbursement of my medications from pharmaceutical manufactures.

☐ ☐ I have received information about SJH Healthy Communities Education on Smoking Cessation. I agree to comply with the Inpatient Non-smoking Policy.

☐ ☐ I have received information regarding Personal Property and release SJH of all liability for loss, theft or damage to property not placed in the hospital safe.

☐ ☐ I authorize SJH to include my name, location in the Hospital, general health condition, and religious affiliation in a Patient Directory. Such information that the Hospital includes in its directory, may be disclosed to anyone who asks for me by name or members of the clergy; provided however, that religious affiliation will only be disclosed to members of clergy. If I do not want this information included in the patient directory I must so inform the   Hospital upon admission, or at any time during my Hospital admission.

☐ ☐ I authorize SJH to disclose Patient Health Information to my family members and to other persons when that Patient Health Information is directly relevant to that person's involvement in my health care or payment. I understand that I may ask the Hospital to consider restricting these disclosures.

☐ ☐ I certify that I have No Automobile Insurance. I further Certify that no one living in my immediate household has automobile insurance.

☐ ☐ MEDICAID Patients Certification / Authorization
     I certify that the services covered by this claim have been received, and I request that payment for these services be made on my behalf to SJH / other Hospital Based Specialty Groups and / or its associated physicians. I authorize any holder of medical or other information about me to release to the Division of Medical Assistance and Health Services or its authorized Agents, any information needed for this or a related claim.

☐ ☐ MEDICARE Patients Certification / Authorization
     I certify that the information given by me in applying for payment under Title xviii of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and / or the Medicare Program or its intermediaries, carriers or to Professional Standards Review Organizations any information needed for this or a related Medicare claim. I further request that payment of authorized benefits be made on my behalf to SJH / other Based Specialty Groups and / or its associated physicians.

☐ ☐ I certify that I have received a copy of "An Important Message From Medicare".

☐ ☐ CHAMPUS Certification   I certify that I have received a copy of "An Important Message from Champus".

☐ ☐ I have received information about Financial Assistance Programs.

I certify that I have read and understand the above information and that all listed items have been marked with my authorization.

_Refuse to sign_ _____   _Natalee Pierce_   11/21/09
Patient / Authorized Signature                    Witness Signature                    Date

☐ self   ☐ guardian



**South Jersey Healthcare**
Changing Medicine. Changing Lives.

| Acct# 75282256 MRN 941 | 11/21/2009 |
|---|---|
| **CATLETT, AMY** | |
| DOB 02/06/1973 . Sex F | Age 36Y |

**Name:** CATLETT, AMY

| | |
|---|---|
| **Phone #:** | **Date:** 11/21/2009     **Time of Arrival:** 15:52 |
| **DOB:** 02/06/1973 | **Age:** 36Y     **Primary Doctor:,** |

**MOA:** ☐ Walk  ☐ WC  ☑ EMS  ☐ Carry

**Work Related:** ☐ Yes  ☑ No — If Yes, Post Accident Testing: ☐ Yes  ☐ No — OHS paged at:

**Triage Time:**      **Current Medications/Allergies — See Medication Reconciliation form**

**Treatment Prior to Arrival:**

**Chief Complaint / Hx of Illness/Injury:** EDP ANXIETY *(handwritten)* Present by VPD via EMS. Pt to facebook page had suicidal thoughts "My life sucks" "Someone would care if she is not here for the rest of the year" Pt had suicidal thoughts about suicide thinking *(illegible handwriting)*

| A V P U | **Vital Signs:** T: (per, ax) | **Past Hx:** (check all that apply) ☐ Asthma ☐ CHF ☑ CAD ☐ COPD |
|---|---|---|
| ☑ A&Ox3  ☐ Denies LOC | BP: 152/80   P: 116 | ☐ DM ☐ TB ☐ Seizures ☐ HTN ☐ Thyroid ☐ Stroke ☐ MI |
| ☐ Age Appropriate | R: 20   SaO2: 100 % | ☐ ↑ Cholesterol  ☐ Psych Hx: |

☐ CA type: _____
☐ Surgical Hx: _____
☐ Other: _____

*(pain scale faces 0-10)*
0 1 2 3 4 5 6 7 8 9 10
No pain-Mild pain-Moderate pain-Severe pain-Worst possible pain

**PIS:**    **Duration:**    **Location:**

**Visual Acuity:** ☑ N/A  Corrective Lenses: ☐ Yes ☐ No
☐ Right Eye: _____  ☐ Left Eye: _____

**Immunizations:**  *Childhood:* ☑ UTD ☐ NUTD
**Tetanus:** Last known date _____  ☐ N/A ☑ Unknown
**PPD:** ☐ Positive ☐ Negative ☐ Unknown
**Flu Vaccine:** Last known date _____  ☐ No ☐ Unknown
**Pneumovax** (over 65 yrs) Last known date _____  ☑ No ☐ Unknown

**Fall Risk Screen:** *Apply a yellow arm bracelet & initiate fall risk safety interventions if any of the following criteria met:*
☐ Physical impairment   ☑ Cognitive impairment
☐ History of falls   ☑ Current medications

**Domestic Violence Screen:**    *if No, Resources given*
Do you feel safe in your current environment? ☑ Yes ☐ No

**Suicide Screen:**    *If Yes, initiate suicide precautions*
Do you feel like harming yourself now? ☑ Yes ☐ No

**Fall Risk Safety Interventions:**
☑ Stretcher/WC wheels locked   ☑ Stretcher side rails up x 2
☑ Family members at patient side   ☐ Patient door/curtain open

**ESI CATEGORY:** ☐ 1  ☐ 2  ☑ 3  ☐ 4  ☐ 5
**Triage RN Signature:**

**Time to Treatment Area:** _____
**(print name):**

---

**ED NURSING ASSESSMENT** (Check all that apply)

**Neuro: A V P U** ☑ A&Ox3  ☐ Age Appropriate
☐ See GCS Scale   ☑ See Dysphagia Screen

**Psycho-Social Hx:** ☐ Tobacco  ☐ ETOH  ☐ Drugs
☐ Social Worker Notified  ☐ Crisis Counselor Notified — Time: _____
☐ No Problems Identified  ☑ Problems Identified  ? SI HI
(Describe):

**Skin:** ☑ Normal, Warm & Dry  ☐ Hot, Febrile ☐ Cool
☐ Diaphoretic ☐ Pale ☐ Flush ☐ Cyanotic ☐ Jaundice
☐ Wounds/Burns ☐ Rash ☐ Pressure Ulcer
(Describe):

**Respiratory:**    ☐ N/A
☑ Normal ☐ Deep ☐ Shallow ☐ Apnea ☐ Dyspnea
**Airway:** ☑ Patent ☐ Obstructed ☐ Nasal Flaring ☐ Stridor
☐ Exp. Grunt ☐ Retraction ☐ Intubation
**Cough:** ☑ Non-Productive ☐ Productive — Color: _____
**Breath Sounds:** ☑ Normal Clear ☐ Decreased ☐ Rales
☐ Wheezing ☐ Rhonchi ☐ Absent R: ↑ ↓ L: ↑ ↓

**Cardiovascular:**    ☐ N/A
**Apical:** ☑ Regular ☐ Irregular **Cap. Refill:** ___ sec.
**Radial:** L ___ R ___
**Dorsalis Pedis:** L ___ R ___
**Chest Pain:** ☐ Yes ☑ No Complaint **Edema:** ☑ N/A L ___ R ___
Onset: _____  Location: _____
Radiation: _____  Duration: _____
Description: _____  Scale 0-10: _____
Monitor Rhythm: _____

**GI:**    ☑ N/A
☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Constipation
☐ Incontinent Stool  *Last BM:* _____
*Appetite:* ☐ Good ☐ Poor
*Bowel Sounds:* ☐ Present ☐ Absent ☐ Hypo ☐ Hyper
*Abdomen:* ☐ Normal ☐ Distended ☐ Rigid
☐ Guarded ☐ Rebound ☐ Tender

**GU:** ☐ Flank Pain ☐ Dysuria ☐ Hematuria    ☑ N/A
☐ Frequency ☐ Incontinent ☐ Penile Discharge ☐ Foley

**GYN/OB:**    ☑ N/A
Pregnant: ☐ Yes ☐ No   G ___ P ___ AB ___
LMP _____  FHR _____  EDC _____
☐ Bleeding ☐ Discharge ☐ Menopause
☐ Hysterectomy ☐ Tubal Ligation – Date: _____

**Musculoskeletal:**    ☑ N/A
*☐ Pain ☐ Weakness ☐ Paralysis*
*Extremity:* Location of Injury: _____
*Appearance:* ☐ Normal ☐ Red ☐ Pale ☐ Dusky
☐ Mottled ☐ Swollen
*Sensation:* ☐ Full ☐ Decreased ☐ Absent
*Circulation:* **Cap. Refill:** ___ sec.
☐ Peripheral Pulses Present
*Movement:* ☑ Full ROM ☐ Partial ROM ☐ None
Speech: ☑ Normal ☐ Slurred ☐ Incoherent ☐ Aphasic
☐ Language Barrier ☐ Age Appropriate

**Valuables Secured:** ☐ Patient ☐ Security    **Initial Assessment RN Signature:** _____
Locker # _____  ☐ Safe ☐ Family    **(print name ):** _____    **Time:** _____

SJH-ER1 (3/09)

**EMERGENCY DEPARTMENT RECORD**    Page 1 of 5



South Jersey Healthcare
Changing Medicine. Changing Lives.

Acct# 75282256 MRN 941 11/21/2009
CATLETT, AMY
DOB 02/06/1973 , Sex F Age 36Y

## NURSES CONTINUATION RECORD

| TIME | T | P | R | BP | SaO2 | Monitor | Init |
|---|---|---|---|---|---|---|---|
| 1905 | X | 101 | 21 | 142/84 | 100 | X | [illegible] |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | TIME | IV Sol /Add | Amt | Site | Rate | Size | DC | Init |
|---|---|---|---|---|---|---|---|---|
| 1 | 1° | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| Med / Dose & Response | Route | PIS | Time | Init |
|---|---|---|---|---|
| 1. | | | | |
| Response: | | | | |
| 2. | | | | |
| Response: | | | | |
| 3. | | | | |
| Response: | | | | |
| 4. | | | | |
| Response: | | | | |

| TIME | INTAKE | | OUTPUT | | |
|---|---|---|---|---|---|
| | IV | PO | URINE | NG | OTHER |
| | | | | | |

## GLASGOW COMA SCALE

| TIME | Pupils Size/Response R | Pupils Size/Response L | Eye Opening | Verbal Response | Motor Response | Hand Grasp/Leg Mvmt R | Hand Grasp/Leg Mvmt L | TOTAL SCORE |
|---|---|---|---|---|---|---|---|---|
| 1905 | 3/B | 3/B | 4 | 5 | 6 | S | S | 15 |
| | | | | | | | | |

**PUPIL RESPONSE TO BRIGHT LIGHT**
Normal-N
Sluggish-S
Fixed-F

**EYE OPENING**
Spontaneous-4
To Voice-3
To Pain-2
None-1

**MOVEMENT**
Strong-S
Weak-W
None-N

**VERBAL RESPONSE**
Oriented-5
Confused-4
Inappropriate-3
Incomprehensible-2
None-1

**MOTOR RESPONSE**
Obeys Command-6
Localizes Pain-5
Withdrawals (Pain)-4
Flexion (Pain)-3
Extension (Pain)-2
None-1

Pupil size: =1 =2 =3 =4 =5 =6 =7 =8

**Nurses Notes:**
1600 Pt to tx area [illegible] placed [illegible] protocol initiated [illegible]
1635 Pt [illegible] clothes [illegible] refusing to give up cell phone
or take off jewelry [illegible] 1645 [illegible] protocol initiated
security called to bedside [illegible]
1720 Rec'd pt upon transfer to Rm 4. VPO c pt. Restraints
removed as ordered by Dr. [illegible], police still stay c
pt. awaiting clearance for crisis. Pt bit nurse in
[illegible] bed while attempting to draw blood for labs.
Pt refusing blood draw at this time. [illegible]

Nurse Signature: [signature] Print Name: [signature] Initials: [illegible]

**DISCHARGE:** By: ☐ RN ☐ MD ☐ Instruction sheet given ☐ Verbalized understanding **Valuables Returned:** ☐ Yes ☐ N/A
**Escort by:** ☐ Parent ☐ Nurse ☐ Self ☐ Other: ________ **Via:** ☐ W/C ☐ Stretcher ☐ Carried ☐ Walk
**To:** ☐ Home ☐ AMA ☐ LWT ☐ Shelter ☐ Eloped ☐ DOA **Time Expired:** ________ ☐ Morgue ☐ M.E.
**Transfer:** ☐ See transfer form **Transport:** ☑ BSED → RMC ☐ RMC → BSED
**Discharge to ECF:** **Report called to:** Shannon [illegible] 2055
**ADMITTED:** ☐ Report given to ________ Room # ________ Unit ________ Time: ________
**To floor via:** ☐ W/C ☐ Stretcher **With:** ☐ Monitor ☐ O2
**Discharge Time:** ________ **Discharge Nurse Signature** [signature]
**(print name):**



South Jersey Healthcare
Changing Medicine. Changing Lives.

Acct# 75282256MRN 941      11/21/2009
CATLETT, AMY
DOB 02/06/1973   . Sex F      Age36Y

## EMERGENCY PHYSICIAN RECORD

**DATA REVIEWED:**
☐ VS / Triage Assessment  ☐ Transfer Sheet
☐ EMS record  ☐ Meds / Med Rec form
☐ Prev. ER record  ☐ Prev. inpatient chart

**HISTORY per:** ☑ Patient  ☐ Family  ☐ EMS  ☐ Interpreter
☐ Other:
☐ Pt required immediate critical intervention
☐ Pt unable to provide Hx (reason):

**Chief Complaint / HPI:** Onset, Location, Quality, Severity, Duration, Timing, Context, Associate Sxs, Modifying Factors
**Time Seen:** 1635

36 y/o female brought by VPD - Pt allegedly
Made statements on gone that triggered a call to police
PM Cales tried me Pt stated "she wished someone would
put her in a coma" - Pt non compliant

**PAST HISTORY:** ☐ Per Triage  ☑ None  ☐ Asthma  ☐ DM  ☐ CA (type):                    ☐ CHF  ☐ CAD  ☐ COPD  ☐ HTN
☐ Seizures  ☐ TB  ☐ Psych  Surg Hx:                          Other:
**Social History:** ☑ Per Nursing Assessment  ☐ Tobacco  ☐ ETOH  ☐ Drugs  Lives with/at _____
☐ Problems Identified (Describe):
**Family History:** ☐ No significant FH  ☐ Asthma  ☐ DM  ☐ CAD  ☐ HTN  Other:
**Review of Systems:**       ☐ See Nurses Notes

| | Notes: |
|---|---|
| **CONSTITUTIONAL:** ☐ Malaise  ☐ Fever  ☐ Chills | |
| **ENT:** ☐ Sore Throat  ☐ Ear Pain  ☐ Rinorrhea  ☐ Congestion | |
| **EYES:** ☐ Vision Change  ☐ Eye Pain  ☐ Photophobia | |
| **PULMONARY:** ☐ Cough  ☐ SOB  ☐ Hemoptysis | |
| **CARDIAC:** ☐ Palpitations  ☐ Chest Pain  ☐ Orthopnea | |
| **ENDOCRINE:** ☐ Polydipsia  ☐ Polyuria  ☐ Weight Change | |
| **GI:** ☐ Nausea  ☐ Vomiting  ☐ Diarrhea  ☐ Blood in Stool | |
| **GU:** ☐ Dysuria  ☐ Frequency  ☐ Hematuria  ☐ Discharge | |
| **HEMA/LYMPH:** ☐ Bleeding  ☐ Bruising  ☐ Swollen glands | |
| **NEURO:** ☐ Extremity weakness  ☐ Dizziness  ☐ Headache | |
| **SKIN:** ☐ Rash  ☐ Pruritis  ☐ Diaphoresis  ☐ Abrasion | |
| **PSYCH:** ☐ Anxiety  ☐ Depression  ☐ Suicidal thoughts  ☐ Dangerous behavior | |
| **SKELETAL EXT:** ☐ Swelling  ☐ Arthralgia  ☐ Myalgia  Hand dominance: ☐ Right ☐ Left | |
| ☐ All Other Systems Negative   ☐ UTO - (Reason): | |

**EXAM:** Temp ____ Pulse ____ Resp ____ BP ____ / ____ Pulse Ox ____ %  ☐ hypoxic ☐ non-hypoxic
**GENERAL:** ☑ Well Developed ☑ Well Nourished  Physical Distress: ☑ None Apparent ☐ Mild ☐ Moderate ☐ Severe
**ENT:** ☐ Hearing Grossly Intact  **Membranes:** ☑ Pink ☑ Moist ☐ No Stridor
**EYES:** ☑ Vision Grossly Normal  ☑ No Icterus ☑ No Papilledema
**NECK:** ☑ Supple ☑ Trachea Midline ☑ No JVD ☑ No Bruits ☑ No Thyromegaly
**SKIN:** ☐ No Diaphoresis ☑ No Rash ☑ No Jaundice
**HEART:** ☑ RRR ☑ No Murmur ☑ No Gallup ☑ No Rub ☐ No Reproducible Tenderness
**LUNGS:** ☑ CTA ☑ Equal ☑ No Wheezes ☑ No Rales ☐ No Rhonchi
**ABD:** ☐ BS ☑ Soft ☑ Non-tender ☑ No Masses ☑ No Megaly
**GU:** ☐ Grossly Normal External Genitalia  ☐ No CVA tenderness
**PELVIC: Vag:** ☐ No Blood ☐ No Discharge
  **Cervix:** ☐ No Lesions ☐ No CMT ☐ No Discharge  **Os:** ☐ Closed
  **Uterus:** ☐ Normal Size ☐ Normal Contour  **Adnexa:** ☐ No mass ☐ No Tenderness
**RECTAL:** ☐ Heme Neg ☐ Tone Normal ☐ No Mass
**NEUROLOGIC:** ☑ Alert ☑ Nonfocal ☑ Oriented x 3    ☑ GCS Score 15
**MUSCULOSKELETAL:** Ext: ☐ FROM ☑ No Deformities ☑ N/V Intact
  **Back:** ☐ No tenderness ☑ FROM
  **Neck:** ☐ No tenderness ☑ FROM
**HEMATOLOGIC/IMMUNOLOGIC:** ☑ No Adenopathy ☐ No petechia
**PSYCHIATRIC: Affect:** ☑ Flat ☐ Normal ☐ Nonverbal ☐ Agitated  **Judgment:**          **Mood:**
**Physician Signature:** _____   **Print Name:** DiOrio   **Date:** 11/21/09   **Time:**


**South Jersey Healthcare**
Changing Medicine. Changing Lives.

Acct# 75282256 MRN 941
**CATLETT, AMY**
DOB 02/06/1973   . Sex F
11/21/2009

Age 36Y

## E.D. PHYSICIAN ORDERS

| TIME ORD | | TIME ORD | |
|---|---|---|---|

**LABS:**
- ☐ CBC
- ☐ CHEM 7
- ☐ CHEM 12
- ☐ Amylase
- ☐ Lipase
- ☐ PT/INR    ☐ PTT
- ☐ Cardiac Profile
- ☐ BNP
- ☐ D-Dimer
- ☐ Preg Test: ☐ Urine
       Serum: ☐ Qualitative  ☐ Quantitative
- ☐ UA
- ☐ Urine C & S
- ☐ Blood C & S  ☐ x1  ☐ x2 (prior to antibiotics)
- ☐ ETOH level
- ☐ Drug Screen: ☐ Urine ☐ Serum
- ☐ Type and Cross / Screen / Rh
       Units of

Refused Blood

- ☐ See _____ Order Set
- ☐ See "Acute Stroke First Line Order Set"
- ☐ See "STEMI Thrombolytic Order Set"
- ☐ See "Chief Complaint Order Set"

**RADIOLOGY:**
*Required*: Evaluate for: ☐ Chest Pain ☐ SOB
☐ Fracture  ☐ Abd pain ☐ Other: _____
- ☐ Portable CXR    ☐ PA& Lat CXR
- ☐ X-ray of: _____
- ☐ X-ray of: _____
- ☐ X-ray of: _____
- ☐ CT Scan of _____
              ☐ W/O Contrast ☐ Oral  ☐ IV
- ☐ CT Scan of _____
              ☐ W/O Contrast ☐ Oral  ☐ IV
- ☐ CT Scan of _____
              ☐ W/O Contrast ☐ Oral  ☐ IV
- ☐ OBS Series
- ☐ U/S of: _____
Other: _____

**CARDIOPULMONARY:**
*Required*: Reason: ☐ Chest Pain ☐ SOB
- ☐ Other: _____
- ☐ EKG
- ☐ Repeat EKG #2
- ☐ Repeat EKG #3
- ☐ Cardiac Monitor
- ☐ Pulse Ox
- ☐ ABG
       _____ liters O2 via _____

**OTHER:**
- ☐ Old Medical Records / Old EKG
- ☐ Restraints

| TIME ORD | MEDICATIONS | TIME ORD | MEDICATIONS |
|---|---|---|---|
| | ☐ IV Fluids (specify): | | |

Physician's Signature: _____  Print Name: _____  Date: 11/2/09  Time: _____

CATLETT, AMY                    02/06/1973   75282256


South Jersey **Healthcare**
Changing Medicine. Changing Lives.

Acct# 75282256 MRN 941          11/21/2009
**CATLETT, AMY**
DOB 02/06/1973          Sex F          Age 36Y

## EMERGENCY PHYSICIAN CONTINUATION RECORD

| Provisional Diagnosis: | Initial EKG |
|---|---|
| **LABS** | Rate:          Axis: |
| | Rhythm: |
| | Interval: ☐ Normal |
| ☐ Old records reviewed | Findings: |
| ☑ Lab reports reviewed          Ca:          Anion gap: | |

**RADIOLOGY – X-ray Readings:**

**Critical Care Time**          **Does not include billable procedures**

**Billable Procedures:**

**PHYSICIAN REASSESSMENT / REPEAT EXAM / NOTES:**

Pt check out to me
c̄ Dr. Cawley
[ams?] — will tx pt to
Brief Crisis for psych
eval. — needs [inpatient?]
now

**REVIEWED QUALITY MEASURES:**
☐ AMI: Consider Aspirin
If not given explain:

☐ EKG non-cardiac chest pain > 40 y/o
☐ EKG syncope > 60 y/o
☐ Pneumonia: Antibiotic < 6 hours
  ☐ Review oxygen saturation
  ☐ Blood culture before antibiotic

| Time Called | Consultation Requested | Response Time | Discussion |
|---|---|---|---|
| | Dr. [Kaspar?] @ Bridge Crisis → accept | | |
| | pt for Crisis eval. | | |
| | [illegible] | await pt | |

**DISPOSITION TIME:**          ☐ Discharge   ☐ AMA   ☐ LWT   ☐ Elopement
          ☑ Admit   ☑ Transfer (see Transfer form) [illegible]
**CONDITION AT DISPOSITION:** ☐ Improved   ☐ Unchanged   ☐ Critical   ☐ Expired
**ASSESSMENT OF PAIN ON DISCHARGE: PIS**          ☐ N/A

**DIAGNOSIS:** ① psychiatric disorder
          ② Suicidal idea

**TX / RX RECOMMENDED** – (See Medication Reconciliation Form):
Crisis evaluate to determine risk to
self and others

| Physician's Signature: | Print Name: | Initials: | Date: | Time: |
|---|---|---|---|---|
| | | | 11/21/09 | |



## South Jersey **Healthcare**
Changing Medicine. Changing Lives.

**EMERGENCY ROOM REPORT
CONTINUATION SHEET**

Acct# 75282256MRN 941
**CATLETT, AMY**          11/21/2009
DOB 02/06/1973     Sex **F**
ATT DR: DIORIO, DOMINIC      Age 36Y

| Patient Number | Patient's Last Name | Patient's First Name | Date |
|---|---|---|---|

Date/Time Physician Notes

Date/Time Nurses Notes

11/21/09 (1720 cont'd) VPD officer stating he knew pt
personally. Pt advised that nurse is peg order set as
source pt for post exposure + requesting her cooperation.
Pt still refusing lab draw. Dr Terrigno will speak c
pt again. (1805) Phleb attempted lab draw again, per Dr
Terrigno pt is willing, pt again refused. nursing
supervisor advised & will call hospital atty.
(1835) Per Sharon Brown, supervisor, pt made public
comment indicating ST and therefore cannot refuse
to have blood drawn. (1845) labs drawn + sent. pt stated
she "is going to sue" for labs drawn. mother @ b/s c
pt; pt cooperative at this time (1900) report to oncoming
night shift.

(1905) Recd pt AAOX3. Pt c agitation "Doesn't understand why here".
RN explained why pt here and process or protocol at some ER for Dx.
Pt Bil lung c CTA. Pt on o2A. Vitals per flowsheet. Pt c ⊕BS in 4 quad
abd soft nontender. Pt asked for urine specimen. Pt uncooperative. Pt c
family at bedside me (1915) Pt ran out ER to parking lot. Pt ignored
order to come back. Security aware. and proceeding after patient in

PHYSICIAN'S SIGNATURE          DATE          NURSE'S SIGNATURE          DATE

I-1082A
-62004



**South Jersey Healthcare**
Changing Medicine. Changing Lives.

**EMERGENCY ROOM REPORT
CONTINUATION SHEET**

Acct# 75282256 MRN 941          11/21/2009
CATLETT, AMY
DOB 02/06/1973        Sex F        Age 36Y
ATT DR: DIORIO, DOMINIC

| Patient Number | Patient's Last Name | Patient's First Name | Date 11/21/09 |
|---|---|---|---|

Date/Time Physician Notes

parking lot - mi 1625 Pt brought back to ER to emy. Pt trying
to free self from security, Attempting to hit and kick security
Pt restrained as ordered - mi (1830) Pt told we need urine specimen.
Pt screaming no. Pt told again of process for transfer to bridgeton
cris. Pt told of labs and urine required to clear pt. Straight
cath procedure explained to patient. Pt agreed to give urine
specimen. Urine sent to lab. Pt. family asked to wait

Date/Time Nurses Notes

in lbby. Pt told will keep family informed of pt's
condition - (2040) report called to Bridgeton crisis. Spoke to
Shanna RN. Pt restraints now off. Pt tearing but now
cooperative. Pt transfered to Bridgeton crisis c MRS. Security
to take valuables to Bridgeton -

PHYSICIAN'S SIGNATURE          DATE          NURSE'S SIGNATURE          11/21/09          DATE

**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

**EMERGENCY ROOM REPORT**
**CONTINUATION SHEET**

Acct# 75282256  MRN 941          11/21/2009
CATLETT, AMY
DOB 02/06/1973      Sex F      Age 36Y
ATT DR: DIORIO, DOMINIC

| Patient Number | Patient's Last Name | Patient's First Name | Date |
|---|---|---|---|
| Date/Time Physician Notes | | | 11-21-9 |

4:00pm — Pt cleared by Dr. Bill Martin at SJH-RMC and transferred to Bridgeton crisis for crisis eval. Transport uneventful.

10:30pm Pt evaluated by crisis and discharged per Dr. Panah — psychiatrist

*[signature]*

**Date/Time Nurses Notes**

9:30pm Pt placed in 4 brought to ER via Millville Rescue
198/81  82  R 22  BP 15/86

10:00pm Crisis assessed psychiatric

11:20pm Collaterals completed

11:00pm Case discussed c Dr. Panah

11:55pm Clt safely for ER c Mother, ___ & friend. Valuables returned

---

| Physician's Signature | Date | Nurse's Signature | Date |
|---|---|---|---|
| | | *M. [signature]* | 11-21-9 |

SJH-1082A-1

AEL 11/2008


**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

Acct# 75282256MRN 941   11/21/2009
CATLETT, AMY
DOB 02/06/1973   Sex F   Age 36Y
ATT DR: DIORIO, DOMINIC

## EMERGENCY ROOM REPORT
## CONTINUATION SHEET

| Patient Number | Patient's Last Name | Patient's First Name | Date |
|---|---|---|---|
| Date/Time Physician Notes | | | |

Date/Time Nurses Notes

1630 11/21/09 rec'd pt C₁. A&O×3 speech clear, calm, behavior cooperative. Denies SI / HI. Awaiting eval from crisis. SN

Physician's Signature                Date

Nurse's Signature   Shanna Shower, RN   11/21/09   Date

SJH-1082A-1

AEL 11/2008



South Jersey **Healthcare**®
Changing Medicine. Changing Lives.

**EMERGENCY ROOM REPORT**
**CONTINUATION SHEET**

Acct# 75282256MRN 941
CATLETT, AMY
DOB 02/06/1973          Sex F
ATT DR: DIORIO, DOMINIC

11/21/2009

Age 36Y

**DATE:**

| TIME | IV Sol /Add | Amt | NURSES RECORD (continued) PAGE # | | | | |
|---|---|---|---|---|---|---|---|
| | | | Site | Rate | Size | DC | Init |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**DATE:**

| Med / Dose & Response | | Route | PIS | Time | Init |
|---|---|---|---|---|---|
| 1. | | | | | |
| Response: | | | | | |
| 2. | | | | | |
| Response: | | | | | |
| 3. | | | | | |
| Response: | | | | | |
| 4. | | | | | |
| Response: | | | | | |
| 5. | | | | | |
| Response: | | | | | |

**DATE:**

| TIME | T | P | R | BP | SaO2 | Monitor |
|---|---|---|---|---|---|---|
| 2180 | 98.9 | 93 | 18 | 143/80 | 100% RA | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DATE:**

**GLASGOW COMA SCALE**

| TIME | Pupils Size | | Neuro | | | Movement Hand Grasp | | TOTAL SCORE |
|---|---|---|---|---|---|---|---|---|
| | Response | | Eye Opening | Verbal Response | Motor Response | Leg Mvmt | | |
| | R | L | | | | R | L | |
| | | | | | | | | |

**PUPIL RESPONSE TO BRIGHT LIGHT**
Normal-N
Sluggish-S
Fixed-F
**EYE OPENING**
Spontaneous-4
To Voice-3
To Pain-2
None-1
**MOVEMENT**
Strong-S
Weak-W
None-N

**VERBAL RESPONSE**
Oriented-5
Confused-4
Inappropriate-3
Incomprehensible-2
None-1
**MOTOR RESPONSE**
Obeys Command-6
Localizes Pain-5
Withdrawals (Pain)-4
Flexion (Pain)-3
Extension (Pain)-2
None-1

2 mm
3 mm
4 mm
5 mm
6 mm
7 mm
8 mm
9 mm

| Nurse Signature | Print Name | Initials |
|---|---|---|
| *[signature]* Brianna Borolik RN | S. Grover, RN | BG |

SJH-1082A-2



**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

Acct# 75282256MRN 941
CATLETT, AMY                    11/21/2009
DOB 02/06/1973       Sex F
ATT DR: DIORIO, DOMINIC          Age 36Y

## RESTRAINT ORDER FORM

Date Ordered: 11 21 09        Time Ordered: 1645
Time Restraints Applied: 1645

**Type of Restraint:**  Hand Mitt   Soft Extremity   Vest   Body Net   Seclusion   (Locked Velcro)   Safety Bed   4 Siderails

**Number of Extremities:**  (L) Hand   (R) Hand   (L) Arm   (R) Arm   (L) Leg   (R) Leg

**Interventions Attempted (Circle all that apply)**

| | | | |
|---|---|---|---|
| (C/S) | Companion/Supervise | MED | Medication Review |
| (CM) | Comfort Measures | RE | Reposition |
| (ENV) | Modify Environment | PD | Postural Device |
| (RO) | Reality Orientation | S | Snacks |
| (DIV) | Diversion Activities | VI | 1:1 Verbal |
| (CALL) | Call Light in Reach | PA | Physical Reassessment |
| B/B | Bowel Bladder Regime | O | Other |
| (MP) | Move Pt Close to Station | FP | Fall Precautions |
| EX | Exercise | | |

**Clinical Justification (Circle all that apply)**

**Acute Care or Medical Restraint**
(AG) Agitated
FALL Fall Risk High
(INT) Interfere w/ Treatment
W Wandering

**Behavioral Health Restraint**
(CMB) Combative/Hitting
(DGR) Danger to Self/Others

**Time Limit for Restraint**

Max ☐ 24 Hours Adult Acute Care
☐ 16 Hours
☐ 12 Hours
☐ 8 Hours
☐ Other _____

Max ☑ 4 Hours Adult Behavioral Health
☐ 2 Hours Ages 9-17 Years
☐ 1 Hour Ages 8 and Under

**If Verbal Order, Read Back and Verified with Physician:** _____
**RN Signature:** _____ /

**RN Signature:** _____

**Physician Signature:** _____ / Order #: _____
_____ / Time: 1645

### PROGRESS NOTES
**(Reason for Initiation or Continued Justification of Restraints)**
Describe behavior and continued justification for restraint use

Pt became aggressive, physically abusive
and refused to cooperate

Physician Signature _____

SJH-1631-2



South Jersey **Healthcare**®
Changing Medicine. Changing Lives.

```
Acct# 75282256MRN 941          11/21/2009
CATLETT, AMY
DOB 02/06/1973        Sex F
ATT DR: DIORIO, DOMINIC        Age 36Y
```

## RESTRAINT ORDER FORM

Date Ordered: 11-21 ____ Time Ordered: 1925 ____
Time Restraints Applied: 1925 ____

**Type of Restraint:** Hand Mitt   Soft Extremity   Vest   Body Net   Seclusion   (Locked Velcro)   Safety Bed   4 Siderails

**Number of Extremities:** (L) Hand   (R) Hand

(L) Arm   (R) Arm   (L) Leg   (R) Leg

**Interventions Attempted** (Circle all that apply)

| | | | |
|---|---|---|---|
| C/S | Companion/Supervise | MED | Medication Review |
| CM | Comfort Measures | RE | Reposition |
| ENV | Modify Environment | PD | Postural Device |
| RO | Reality Orientation | S | Snacks |
| DIV | Diversion Activities | VI | 1:1 Verbal |
| CALL | Call Light in Reach | PA | Physical Reassessment |
| B/B | Bowel Bladder Regime | O | Other |
| MP | Move Pt Close to Station | FP | Fall Precautions |
| EX | Exercise | | |

**Clinical Justification** (*Circle all that apply*)

**Acute Care or Medical Restraint**
AG   Agitated
FALL   Fall Risk High
INT   Interfere w/ Treatment
W   Wandering

**Behavioral Health Restraint**
CMB   Combative/Hitting
DGR   Danger to Self/Others

## Time Limit for Restraint

Max  ☐ 24 Hours Adult Acute Care
☐ 16 Hours
☐ 12 Hours
☐ 8 Hours
☐ Other _____

Max  ☒ 4 Hours Adult Behavioral Health
☐ 2 Hours Ages 9-17 Years
☐ 1 Hour Ages 8 and Under

**If Verbal Order, Read Back and Verified with Physician:**

RN Signature: _____ /

RN Signature: _____

Physician Signature: _____ /Order #: _____

/ Time: 1928

---

### PROGRESS NOTES
**(Reason for Initiation or Continued Justification of Restraints)**
Describe behavior and continued justification for restraint use

Pt was risk to self and others + did strike
and kicked department during event. — was restrained
for patient and staff safety — not restrained
@ time of finish — *amars cain + cuspet*

Physician Signature: _____

SJH-1631-2

AEL 1/2006


**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

## RESTRAINT RECORD

☐ SJH Regional Medical Center   ☐ SJH Elmer Hospital
☐ SJH Bridgeton Health Center

Unit: _ED_

Date: _11/21/09_   Time: _16:45_

ORDER #:_____

Acct# 75282256 MRN 941     11/21/2009
CATLETT, AMY
DOB 02/06/1973     Sex F     Age 36Y
ATT DR: DIORIO, DOMINIC

### Methods Attempted Prior to Application
*Circle all that apply*

| | |
|---|---|
| C/S Companion Supervise | MED Medication review |
| CM Comfort Measures | RE Reposition |
| Env Modify Environment | PD Postural device |
| RO Reality Orientation | S Snacks |
| DIV Diversion Activities | VI 1:1 Verbal |
| Call Call Light in Reach | PA Physical reassessment |
| B/B Bowel Bladder regime | O Other |
| MP Move pt close to station | FP Fall Precautions |
| EX Exercise | |

### Clinical Justification
**Acute Care Restraint**
*Circle all that apply*

AG    Agitated
FALL   Fall risk high
INT    Interfere w/treatment
W     Wandering

**Behavioral Health Restraint**
CMB**   Combative/hitting
DGR**   Danger to self/others

### Circulation Check
Includes:
Temperature
Color
Motion
Sensation
Pulse
Skin Integrity
1 Finger fits under restraint

Explanation Given to Patient/Family: _____

Assessment to Apply Restraints completed by: _____

Circle Type:  Soft / Waist Belt / Vest / **Locked Velcro** / Mitts / Safety Bed / 4 Siderails
Circle # of Extremities Restrained:   1   2   3   ④

| CODES | | |
|---|---|---|
| WA While Awake | TF Tube Feeding | |
| F Foley | NPO | |
| BR Bedrest | | |

| Hour | Safety Checks Q 30 min or ***Q15 min | Circulation Q 30 min | Fluids Offered Q 2 hrs | Mental Status Q 2 hrs | ROM Q 2 hrs | Toileting offered q 2 hrs | Meal/ snacks q 4 hrs | Ambulate q 4 hrs | Hygiene q 8 hrs | VS Q 8 hrs | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1645 | ✓ | ✓ | ✓ | | | | | | | | PB |
| 1715 | ✓ | ✓ | ✓ | ✓ | | | — | — | | — | PB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

***Restraints for behavioral health require q 15 minute checks and face to face evaluation by MD within 1 hour of order.

| Initial | Signature and Title | Initial | Signature and Title |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

SJH-1830-2
AEL 1/2008



**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

## RESTRAINT RECORD

☐ SJH Regional Medical Center   ☐ SJH Elmer Hospital
☐ SJH Bridgeton Health Center

### A REGISTERED NURSE WILL ASSESS AND REASSESS PATIENTS EVERY HOUR FOR PATIENTS BETWEEN THE AGES OF 5-17 YEARS; EVERY TWO HOURS FOR PATIENTS 18 YEARS AND OLDER.

*Pt aggressive non-compliant c̄ tx. Pt "hit staff member"*

DATE / TIME: 11/21/09 1645     SIGNATURE: _____

*Police officer sitting c̄ pt. Restraints removed*

DATE / TIME: 11/21/09 1721     SIGNATURE: _____

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:

DATE / TIME:     SIGNATURE:



**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

## RESTRAINT RECORD

☐ SJH Regional Medical Center   ☐ SJH Elmer Hospital
☐ SJH Bridgeton Health Center

Unit: _RMC EU_

Date: _11/21/09_   Time: _192x_

ORDER #: _____

Acct# 75282256 MRN 941
CATLETT, AMY
DOB 02/06/1973         Sex F
ATT DR: DIORIO, DOMINIC

11/21/2009

Age 36Y

### Methods Attempted Prior to Application
*Circle all that apply*

| | | | |
|---|---|---|---|
| C/S | Companion Supervise | MED | Medication review |
| CM | Comfort Measures | RE | Reposition |
| (Env) | Modify Environment | PD | Postural device |
| (RO) | Reality Orientation | S | Snacks |
| DIV | Diversion Activities | VI | 1:1 Verbal |
| Call | Call Light in Reach | PR | Physical reassessment |
| B/B | Bowel Bladder regime | O | Other |
| MP | Move pt close to station | FP | Fall Precautions |
| EX | Exercise | | |

### Clinical Justification
**Acute Care Restraint**
*Circle all that apply*

(AG)   Agitated
FALL   Fall risk high
(INT)   Interfere w/treatment
W   Wandering

**Behavioral Health Restraint**
(CMB)   Combative/hitting
(DGR)   Danger to self/others

### Circulation Check
Includes:
Temperature
Color
Motion
Sensation
Pulse
Skin Integrity
1 Finger fits under restraint

Explanation Given to Patient/Family: _____

Assessment to Apply Restraints completed by: _____

**CODES**
WA   While Awake   TF   Tube Feeding
F   Foley         NPO
BR   Bedrest

Circle Type:   Soft / Waist Belt / Vest / ***Locked Velcro / Mitts / Safety Bed / 4 Siderails
Circle # of Extremities Restrained:   1   2   3   4

| Hour | Safety Checks Q 30 min or ***Q15 min | Circulation Q 30 min | Fluids Offered Q 2 hrs | Mental Status Q 2 hrs | ROM Q 2 hrs | Toileting offered q 2 hrs | Meal/ snacks Q 4 hrs | Ambulate q 4 hrs | Hygiene q 8 hrs | VS Q 8 hrs | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1925 | ✓ | ✓ | ✓ | ✓ | ✓ | | evaded | | | | MC |
| 2025 | ✓ | | restraints off | | | | | | | | MF |
| | | | | | | | | | | | |

***Restraints for behavioral health require q 15 minute checks and face to face evaluation by MD within 1 hour of order.

| Initial | Signature and Title | Initial | Signature and Title |
|---|---|---|---|
| MF | Michele Fortune | | |

SJH-1630-2
AEL 1/2006



**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

### RESTRAINT RECORD

☐ SJH Regional Medical Center   ☐ SJH Elmer Hospital
☐ SJH Bridgeton Health Center

Acct# 75282256 MRN 941          11/21/2009
CATLETT, AMY
DOB 02/06/1973          Sex F          Age 36Y
ATT DR: DIORIO, DOMINIC

## A REGISTERED NURSE WILL ASSESS AND REASSESS PATIENTS EVERY HOUR FOR PATIENTS BETWEEN THE AGES OF 5-17 YEARS; EVERY TWO HOURS FOR PATIENTS 18 YEARS AND OLDER.

Pt brought back to ER by security. Pt yelling, attemplessly to assault security. Pt restrained in 4 pints.

**DATE / TIME:** 11/21/09  192x          **SIGNATURE:** Michele Totem

Restraints off. Pt calm/cooperative. Pt to Bridgeton c MRS

**DATE / TIME:** 11/21/09  2040          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**

**DATE / TIME:**          **SIGNATURE:**



LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE



☐ SJH REGIONAL MEDICAL CENTER:  1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360   (856) 641-7560
☐ SJH ELMER HOSPITAL:                    501 WEST FRONT STREET, ELMER, NJ 08318-1090   (856) 363-1560
☐ SJH BRIDGETON HEALTH CENTER:  333 IRVING AVENUE, BRIDGETON, NJ 08302-2100   (856) 575-4560
☐ SJH VINELAND HEALTH CENTER:    1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360   (856) 507-8588

---

Patient: CATLETT AMY                    Age:  36 YRS      Sex: F          Location:    RER

Patient Number:  (00004)900038941       Physician: DIORIO DOMINIC A MD    Admission Date:  21NOV09

                                        DOB:   02/06/1973

                                                                         Discharge Date:  21NOV09

---

## G E N E R A L   C H E M I S T R Y

---

|  | 11/21/09 1842 SAT | | UNITS | REF RANGES |
|---|---|---|---|---|
| ----- General Chemistry ----- | | | | |
| GLUCOSE | 103 H | | MG/DL | [60-100] |
| BUN | 11 | | MG/DL | [5-22] |
| CREATININE | 0.9 | | MG/DL | [0.6-1.3] |
| SODIUM | 141 | | MEQ/L | [135-145] |
| POTASSIUM | 3.9 | | MEQ/L | [3.6-5.0] |
| CHLORIDE | 108 | | MEQ/L | [97-109] |
| CO2 | 27 | | MEQ/L | [21-31] |
| ANION GAP | 6.0 | | MEQ/L | [6.0-16.0] |
| BUN/CREA RATIO | 12 | | | |
| OSMOLALITY | 281 | | MOSM/K | |
| CALCIUM | 9.3 | | MG/DL | [8.8-10.4] |
| GFR ESTIMATED | 75 | | mL/MIN | |

GFR ESTIMATED

****ADULT REFERENCE RANGE: > OR = 60 mL/MIN/1.73m2****

---

** IF PATIENT IS AFRICAN-AMERICAN, MULTIPLY REPORTED RESULT BY 1.21 **

---

GFR ESTIMATED VALUES OF 61 AND HIGHER ARE TO BE INTERPRETED
AS >60 mL/min/1.73m2.

---

"For Drug dosing purposes, the NKDEP does NOT recommend using
the MDRD Study Equation (eGFR) at this time because the clinical
impact on drug dose adjustment has not been compared between
current practice and the MDRD Study Equation. Pharmacists and
Authorized Drug Prescribers should continue to use their current
drug dosing methods (estimated creatinine clearance calculated by
Cockcroft-Gault Equation)."

---



Footnotes
H = High

FINAL REPORT  (PERMANENT)                                    Continued Next Page

---

SJH-1128-2                                                              AEL 8/2005

LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE

☐ SJH REGIONAL MEDICAL CENTER: 1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360   (856) 641-7560
☐ SJH ELMER HOSPITAL:          501 WEST FRONT STREET, ELMER, NJ 08318-1090   (856) 363-1560
☐ SJH BRIDGETON HEALTH CENTER: 333 IRVING AVENUE, BRIDGETON, NJ 08302-2100   (856) 575-4560
☐ SJH VINELAND HEALTH CENTER:  1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360   (856) 507-8588

---

Patient: CATLETT AMY                Age:  36 YRS    Sex: F        Location:   RER

Patient Number:  (00004)900038941   Physician: DIORIO DOMINIC A MD   Admission Date:  21NOV09

                                    DOB:   02/06/1973

                                                                   Discharge Date:  21NOV09

---

### T H E R A P E U T I C   D R U G   M O N I T O R I N G   A N D   T O X I C O L O G Y

---

```
                        11/21/09    11/21/09
                        1842        1925
                        SAT         SAT

                                                            UNITS   REF RANGES

----- Analgesics -----
    ACETAMINOPHEN        < 10.0                             UG/ML   [10.0-30.0]
ACETAMINOPHEN
            ****************************************************************
            THERAPEUTIC RANGE: 10-30 UG/ML
            TOXIC RANGE: GREATER THAN 150 UG/ML
            ****************************************************************

    LD ACETAMIN          UNK *                              HOURS
    SALICYLATE           < 4.0                              MG/DL   [4.0-30.0]
SALICYLATE
            ****************************************************************
            THERAPEUTIC RANGE: 1-60 MG/DL.
            NOTE: 150-300 MG/DL MAY BE A THERAPEUTIC RANGE FOR RA.
            ****************************************************************

    LD SALICYLATE        UNK *                              HOURS

- Miscellaneous Drugs -----
    ALCOHOL              < 10.0                             MG/DL
ALCOHOL
            ****************************************************************
            NORMAL:   NEGATIVE
            NEGATIVE: <10 MG/DL
            TOXIC:    GREATER THAN 250 MG/DL
            ****************************************************************

    PATH REV                         DISCLAMR f
    AMP SC UA                        NEGATIVE                        [NEGATIVE]
    BARB SC UA                       NEGATIVE                        [NEGATIVE]
    BENZ SC UA                       POSITIVE *                      [NEGATIVE]
    COCAINE SC UA                    NEGATIVE                        [NEGATIVE]
    METD SC UA                       NEGATIVE                        [NEGATIVE]
    OPI SC UA                        NEGATIVE                        [NEGATIVE]
    PCP SC UA                        NEGATIVE                        [NEGATIVE]
    THC SC UA                        NEGATIVE                        [NEGATIVE]
PATH REV
            THIS TEST PROVIDES PRELIMINARY UNCONFIRMED ANALYTICAL TEST RESULTS AND
```

Footnotes
* = Abnormal, f = Footnote

    FINAL REPORT   (PERMANENT)                              Continued Next Page

---

SJH-1128-2                                                                    AEL 8/2005

LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE

| | | |
|---|---|---|
| ☐ SJH REGIONAL MEDICAL CENTER: | 1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360 | (856) 641-7580 |
| ☐ SJH ELMER HOSPITAL: | 501 WEST FRONT STREET, ELMER, NJ 08318-1090 | (856) 363-1560 |
| ☐ SJH BRIDGETON HEALTH CENTER: | 333 IRVING AVENUE, BRIDGETON, NJ 08302-2100 | (856) 575-4560 |
| ☐ SJH VINELAND HEALTH CENTER: | 1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360 | (856) 507-6588 |

Patient: CATLETT AMY                Age:  36 YRS      Sex: F              Location:   RER

Patient Number:  (00004)900038941      Physician: DIORIO DOMINIC A MD      Admission Date:  21NOV09

DOB:   02/06/1973

Discharge Date:  21NOV09

---

## T H E R A P E U T I C   D R U G   M O N I T O R I N G   A N D   T O X I C O L O G Y

---

PATH REV      SHOULD BE USED FOR MEDICAL (i.e.,treatment) PURPOSES ONLY. UNCONFIRMED
SCREENING RESULTS MUST NOT BE USED FOR NON-MEDICAL PURPOSES(e.g., employment
testing, legal testing). A MORE SPECIFIC ALTERNATE CHEMICAL METHOD MUST BE
USED IN ORDER TO OBTAIN A CONFIRMED ANALYTICAL RESULT. CLINICAL
CONSIDERATION AND PROFESSIONAL JUDGEMENT SHOULD BE APPLIED TO ANY DRUG OF
ABUSE TEST RESULT.

A FALSE POSITIVE RESULT MAY BE PRODUCED BY THE FOLLOWING COMPOUNDS:
d,I-EPHEDRINE, PHENYLPROPANOLAMINE, PHENTERMINE, NYLIDRIN,
PHENMETRAZINE, METHPHENIDATE, METHENTERMINE, LABETATEL, ISOXSUPRINE.
THESE MEDICATIONS CAN BE IN OVER THE COUNTER DRUG PREPARATIONS.

| CUT-OFF VALUES: | BRIDGETON/RMC | ELMER |
|---|---|---|
| U AMP | 1000ng/ml | 1000ng/ml |
| U BARB | 200ng/ml | 300ng/ml |
| U BENZ | 200ng/ml | 300ng/ml |
| U COC | 300ng/ml | 300ng/ml |
| U OPI | 2000ng/ml | 300ng/ml |
| U PCP | 25ng/ml | 25ng/ml |
| U THC | 50ng/ml | 50ng/ml |
| U METH | N/A | 1000ng/ml |
| U TCA | N/A | 1000ng/ml |
| U METHD | 300ng/ml | N/A |

---

## H E M A T O L O G Y

---

|  | 11/21/09 1842 SAT | | UNITS | REF RANGES |
|---|---|---|---|---|

----- Complete Blood Count -----

| | | | | |
|---|---|---|---|---|
| WBC | 12.9 H | | X10'3 | [4.0-11.0] |
| RBC | 4.27 | | X10'6 | [3.50-5.10] |
| HGB | 13.6 | | G/DL | [11.0-15.2] |
| HCT | 40.6 | | % | [32.0-45.0] |
| MCV | 95.0 | | FL | [80.0-98.0] |
| MCH | 31.9 | | PG | [27.6-34.5] |
| MCHC | 33.6 | | G/DL | [33.0-36.0] |
| RDW | 12.8 | | % | [11.3-15.0] |

Footnotes
H = High

FINAL REPORT   (PERMANENT)                                Continued Next Page

SJH-1128-2                                                                              AEL 8/2005

LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE

☐ SJH REGIONAL MEDICAL CENTER: 1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360   (856) 641-7560
☐ SJH ELMER HOSPITAL:   501 WEST FRONT STREET, ELMER, NJ 08318-1090   (856) 363-1560
☐ SJH BRIDGETON HEALTH CENTER: 333 IRVING AVENUE, BRIDGETON, NJ 08302-2100   (856) 575-4560
☐ SJH VINELAND HEALTH CENTER:  1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360   (856) 507-8588

| | | | |
|---|---|---|---|
| Patient: CATLETT AMY | Age: 36 YRS   Sex: F | | Location:   RER |
| Patient Number:  (00004)900038941 | Physician: DIORIO DOMINIC A MD | | Admission Date:  21NOV09 |
| | DOB:   02/06/1973 | | |
| | | | Discharge Date:  21NOV09 |

------------------------------------------------------------------------------------------------
### H E M A T O L O G Y
------------------------------------------------------------------------------------------------

|  | 11/21/09 1842 SAT | | UNITS | REF RANGES |
|---|---|---|---|---|
| ----- Complete Blood Count ----- | | | | |
| PLATELETS AUTO | 250 | | X10'3 | [140-380] |
| | | | | |
| ----- Differential, Automated ----- | | | | |
| NEUT % | 81.7 H | | % | [40.0-74.0] |
| LYMPHS % | 12.4 L | | % | [19.0-48.0] |
| MONO % | 5.6 | | % | [3.0-9.0] |
| EOS % | .1 | | % | [.0-7.0] |
| BASO % | .2 | | % | [.0-1.5] |

Footnotes
L = Low, H = High

FINAL REPORT   (PERMANENT)                                  Continued Next Page

LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE



☐ SJH REGIONAL MEDICAL CENTER: 1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360  (856) 641-7560
☐ SJH ELMER HOSPITAL:                    501 WEST FRONT STREET, ELMER, NJ 08318-1090  (856) 363-1560
☐ SJH BRIDGETON HEALTH CENTER: 333 IRVING AVENUE, BRIDGETON, NJ 08302-2100  (856) 575-4560
☐ SJH VINELAND HEALTH CENTER:  1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360  (856) 507-8588

**Patient: CATLETT AMY**

**Age:  36 YRS      Sex: F**

**Location:    RER**

**Patient Number:  (00004)900038941**

**Physician: DIORIO DOMINIC A MD**

**Admission Date:  21NOV09**

**DOB:    02/06/1973**

**Discharge Date:  21NOV09**

------------------------------------------------------------------------------------------

# U R I N A L Y S I S

------------------------------------------------------------------------------------------

|  | 11/21/09 |  |  |  |
|---|---|---|---|---|
|  | 1925 |  |  |  |
|  | SAT |  |  |  |
|  |  |  | UNITS | REF RANGES |

----- **Macroscopic Analysis** -----

| | | | |
|---|---|---|---|
| COLOR | YELLOW | | [YELLOW] |
| CLARITY | CLOUDY * | | [CLEAR] |
| GLUCOSE MG/DL | NEGATIVE | | [NEGATIVE] |
| BILIRUBIN | NEGATIVE f | | [NEGATIVE] |
| KETONES MG/DL | NEGATIVE | | [NEGATIVE] |
| SPEC GRAVITY | 1.017 f | | |
| U BLOOD | TRACE * | | [NEGATIVE] |
| PH | 5.5 | | [5.0-7.5] |
| PROTEIN MG/DL | 30MG/DL * | | [NEGATIVE] |
| UROBILIN MG/DL | NORMAL | | [0.1-0.2] |
| NITRATE | NEGATIVE | | [NEGATIVE] |
| LEUKOCYTE ESTER | LARGE * | | [NEGATIVE] |

BILIRUBIN

* * * * * * * * * *

   NOTE: FALSE POSITIVE URINE READINGS MAY BE PRODUCED BY MEDICATIONS
         THAT TURN THE URINE RED OR ORANGE.

         Bright red-orange color resulting from Pyridium may mask small
         amounts of bilirubin when performing the Ictotest for bilirubin.
         Chlorpromazine and Lodine may cause false positive or atypical
         Ictotest results.
                  * * * * * * * * * *

----- **Microscopic Analysis** -----

| | | | |
|---|---|---|---|
| WBC/HPF | TNTC * | | [0-5/HPF] |
| RBC/HPF | 5-10 * | | [0-2/HPF] |
| BACTERIA | 4+ * | | [NOT SEEN] |
| SQUAMOUS EPITH | TNTC * | | [0-5/HPF] |

**Footnotes**
* = Abnormal, f = Footnote
SPEC GRAVITY

         ************************************************************************
         NORMAL RANGES 1.005-1.030
         ************************************************************************

**FINAL REPORT   (PERMANENT)**

**Continued Next Page**

SJH-1128-2

AEL 8/2005

LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE

☐ SJH REGIONAL MEDICAL CENTER: 1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360   (856) 641-7560
☐ SJH ELMER HOSPITAL:                       501 WEST FRONT STREET, ELMER, NJ 08318-1090   (856) 363-1560
☐ SJH BRIDGETON HEALTH CENTER: 333 IRVING AVENUE, BRIDGETON, NJ 08302-2100   (856) 575-4560
☐ SJH VINELAND HEALTH CENTER:   1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360   (856) 507-8588

Patient: CATLETT AMY                     Age:  36 YRS     Sex: F               Location:    RER

Patient Number:  (00004)900038941   Physician: DIORIO DOMINIC A MD    Admission Date:  21NOV09

                                                         DOB:     02/06/1973

                                                                                                    Discharge Date:  21NOV09

--------------------------------------------------------------------------------
                          U R I N A L Y S I S
--------------------------------------------------------------------------------

            11/21/09
            1925
            SAT                                                             UNITS    REF RANGES

----- Macroscopic Analysis -----
     URINE PREG                 NEGATIVE
URINE PREG
     *********************************************************
     THIS TEST IS STRICTLY FOR SCREENING PURPOSES,
     CERTAIN CONDITIONS MAY LEAD TO INACCURATE RESULTS.
     PLEASE CONTACT THE LABORATORY FOR MORE INFORMATION.
     *********************************************************

FINAL REPORT  (PERMANENT)                                    Continued Next Page

LARRY MAPOW, M.D.
DIRECTOR OF LABORATORIES

# DEPARTMENT OF PATHOLOGY
# SOUTH JERSEY HEALTHCARE

☐ SJH REGIONAL MEDICAL CENTER: 1505 WEST SHERMAN AVENUE, VINELAND, NJ 08360   (856) 641-7560
☐ SJH ELMER HOSPITAL:                     501 WEST FRONT STREET, ELMER, NJ 08318-1090   (856) 363-1560
☐ SJH BRIDGETON HEALTH CENTER: 333 IRVING AVENUE, BRIDGETON, NJ 08302-2100   (856) 575-4560
☐ SJH VINELAND HEALTH CENTER: 1038 E. CHESTNUT AVENUE, VINELAND, NJ 08360   (856) 507-8588

Patient: CATLETT AMY

Patient Number:  (00004)900038941

Age:  36 YRS     Sex: F

Physician: DIORIO DOMINIC A MD

DOB:   02/06/1973

Location:    RER

Admission Date:   21NOV09

Discharge Date:   21NOV09

---

## I M M U N O L O G Y   A N D   S E R O L O G Y

---

```
           11/21/09
           1842
            SAT
                                                          UNITS    REF RANGES

----- Hepatitis Serology -----
   HEP B SURF AG      NON REAC                                   [NON DETC]
   HEP C ANTIBODY     NON REAC                                   [NON REAC]

----- Miscellaneous Serologies -----
   HIV suds method       NEGATIVE
          11/21/09 1842
```

NEGATIVE FOR HIV-1 SUDS ANTIBODY TEST.
THE SUDS HIV-1 TEST ALONE CANNOT BE USED TO DIAGNOSE HIV INFECTION.
A NEGATIVE TEST RESULT AT ANY POINT IN THE INVESTIGATION OF THE INDIVIDUAL
SUBJECT DOES NOT PRECLUDE THE POSSIBLITY OF EXPOSURE TO OR INFECTION WITH
HIV-1.

END OF REPORT


**_South Jersey_ Healthcare®**
Changing Medicine. Changing Lives.

**Bridgeton Health Center - Emergency Department**
**333 Irving Ave. Bridgeton, NJ 08302**
**(856) 575-4500**
**Patient: AMY CATLETT, Date: 11/21/2009 Time: 23:28**

### Discharge Instructions

**Learning Needs Identified:** Illness
**Primary Language:** English
**Barriers Identified:** None
**Intervention for Barriers to Learning:** None
**Teaching Methods Used:** Printed patient instruction, Verbal Instruction

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

You were treated today by LAURA KASPER, DO.

---

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Please return to the Emergency Department if your symptoms get worse. Return to your Psychiatrist, Dr. Friel

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**DEPRESSION/BEREAVEMENT**
Depression is an illness that can affect every part of your life. Depression is different than the normal feelings of sadness or discouragement that everyone occasionally feels. The feelings that come with depression can last for weeks to months, even years. There are also physical changes that happen in the body when you are depressed.

**Follow these instructions:**
* Take your medicine regularly even if it doesn't seem to be making a difference.
* Eat food that is good for you, even if you are not hungry. Try fruits and vegetables, soups, and plenty of fluids.
* Get regular exercise. Go for a short walk outside or ride a stationary bike.
* Avoid alcohol or other recreational drugs. These can make your depression worse.
* Keep in touch with a friend or family member who is understanding about your depression. Call them once a day, if it's helpful, even if you don't have anything to say. Just being in contact with another person can be good for you.
* Keep appointments with your counselor or therapist even if you don't feel like going.
* Set small goals for yourself. Don't expect to complete major tasks while you are depressed.
* Remember depression is not a weakness. You can't make yourself better just by trying harder.
* Be patient with yourself. Recovering from depression takes time.
* Don't make any major decisions until you are feeling better.

**If you are thinking about hurting yourself, do one of the following:**
* Call your doctor or therapist
* Call 911
* Call a suicide prevention hotline found in your phone book's yellow pages
  * National Suicide Hotline  1-800-SUICIDE (784-2433)
  * Boys Town National Hotline  1-800-448-3000
  * Boys Town National Hotline for the deaf  TDD  1-800-448-1833



**Bridgeton Health Center – Emergency Department**
**333 Irving Ave. Bridgeton, NJ 08302**
**(856) 575-4500**
**Patient: AMY CATLETT, Date: 11/21/2009 Time: 23:28**

- Covenant House Hotline   1-800-999-9999

**Where can I get help to deal with my depression?**
- Your family doctor
- A licensed counselor or therapist
- A psychologist or psychiatrist
- Your pastor, priest, or rabbi
- Community mental health centers
- Employee Assistance Programs through your workplace

**Call your doctor if you:**
- do not feel any better after trying the instructions listed under "Follow these instructions".
- have any new problems or concerns.

**If you cannot reach your doctor, go to the nearest Emergency Department.**

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician. I gave permission to fax notification of this visit to my follow up provider. "**

_Never asked_                 _Refuses to Sign, 2° Will not pay_

_____
AMY CATLETT or Responsible Person

"AMY CATLETT or Responsible Person has received this information and tells me that all questions have been answered."

_____
Prepared by: Beverly Foster

_____
Reviewed by: LAURA KASPER, DO

**South Jersey Healthcare is committed to Patient Satisfaction and we want to provide the best service possible.**
**If you have specific questions, concerns or compliments that you would like to discuss with us directly,**
**please feel free to call us at 856-641-8068.**

Portions Copyrighted 1987-2009, LOGICARE Corporation Page 2 of 2



**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

Acct# 75282256 MRN 941   11/21/2009
CATLETT, AMY
DOB 02/06/1973   Sex F   Age 36Y
ATT DR: DIORIO, DOMINIC

*Carlett, Amy*
*75282256*

## PATIENT TRANSFER FORM

Date **11/21/09**   Time **2030**

Transferring Physician **Dr. William Martin**   Receiving Hospital **Bridgeton Hospital**

Receiving Physician **Laura Kasper**   Report Given to: **Shanna Corowek**   Title **RN**
First & Last Name                                                First & Last Name

Diagnosis at time of Transfer: **Suicidal**

Condition at time of Transfer: ☒ Stable ☐ Unstable ☒ Vital Signs: BP **140/76** Pulse **101** Resp **21** Temp **97¹**

|  | Yes | No | Pending | N/A |  | Yes | No | Pending | N/A |  | Yes | No | Pending | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MRSA** | ☐ | ☐ | ☐ | ☒ | **VRE** | ☐ | ☐ | ☐ | ☒ | **TB** | ☐ | ☐ | ☐ | ☒ |

Reason for Transfer: ☐ Tertiary Care   ☐ Lack of Beds   ☒ Services Availability   ☐ Patient Request
☐ Other: Explain _____

## Transfer Check List

| **ED Patients** | Yes | No | N/A | **OBS Patients** | Yes | No | N/A |
|---|---|---|---|---|---|---|---|
| • ED Treatment Record | ☒ | ☐ | ☐ | • Mother & Baby's Cord Blood | ☐ | ☐ | ☒ |
| • EMS Record | ☐ | ☐ | ☒ | • Mother & Baby's Medical Records | ☐ | ☐ | ☒ |

## Medical Records

| | Yes | No | N/A | | Yes | No | N/A |
|---|---|---|---|---|---|---|---|
| • Face Sheet | ☒ | ☐ | ☐ | • Advance Directive/Living Will | ☐ | ☒ | ☐ |
| • H&P | ☒ | ☐ | ☐ | • TPA Flow Sheet | ☐ | ☐ | ☒ |
| • Phys. Progress Note | ☒ | ☐ | ☐ | • Laboratory Results | ☒ | ☐ | ☐ |
| • Nursing Assessment | ☒ | ☐ | ☐ | • EKGs | ☐ | ☐ | ☒ |
| • Consultations | ☐ | ☐ | ☒ | • X-Rays | ☐ | ☐ | ☒ |
| • Phys. Order Sheets | ☒ | ☐ | ☐ | • Ultra Sound | ☐ | ☐ | ☒ |
| • Psychiatric Assessment | ☐ | ☐ | ☒ | • CT | ☐ | ☐ | ☒ |
| • Original Commitment Papers | ☐ | ☐ | ☒ | • Blood/Blood Products | ☐ | ☐ | ☒ |
| • Medication Administration Record | ☒ | ☐ | ☐ | **Psycho Social Status:** | | | |
| • Medication Reconciliation Form | ☒ | ☐ | ☐ | • Language Barrier | ☐ | ☒ | |
| **Other** | | | | • Interpreter Needed | ☐ | ☒ | |
| • Consents Signed and Witnessed | ☐ | ☐ | ☒ | • Problems Identified | ☐ | ☒ | |
| • Family Notified: | ☒ | ☐ | ☐ | See Nurses Notes | ☐ | ☒ | |
| Person Notified: | | | | See Social Service Notes | ☐ | ☒ | |
| Name & Relationship _____ | | | | Notified By Whom _____ | | | |

• Disposition of Valuables: ☐ With Patient   ☐ Security   ☒ Sent Home with: **MES**

_____     _____     _____
Print Name                              Signature                              Relationship

Mode of Transport: ☒ BLS Ambulance   ☐ ALS Ambulance   ☐ Helicopter   ☐ Police   ☐ Other: _____

Personnel Accompanying Patient in Transport: ☐ ACLS RN   ☐ RN   ☐ Resp. Therapist   ☐ Physician   ☐ EMT

☐ Other: _____   ☐ None Needed _____
                                                                    Physician Signature

Transport Personnel: Name **S. Gattis**   Department _____

Name **S. Kyle**   Department **MRS**

Name _____   Department _____

SJH-1083-A-1   **WHITE - PATIENT CHART   YELLOW - RECEIVING FACILITY   PINK - PATIENT CARE MANAGEMENT**   AEL 7/2007



**South Jersey Healthcare®**
Changing Medicine. Changing Lives.

Acct# 75282256 MRN 941          11/21/2009
CATLETT, AMY
DOB 02/06/1973      Sex F      Age 36Y
ATT DR: DIORIO, DOMINIC

*Catlett, Amy*
*75282256*

## PATIENT TRANSFER FORM

## MEDICAL RECORD

In accordance with Federal Law, you are notified that this hospital has the following legal responsibilities:
- This hospital must provide a medical screening exam to any person presenting to the emergency room to determine if the patient suffers from an emergency medical condition or from pregnancy with contractions present.
- In the event that an emergency medical condition or pregnancy with contractions is present, the hospital must provide within its capabilities such additional examination and treatment as may be required to stabilize the medical condition.  In the event of pregnancy with contractions present, the hospital must deliver the baby and the placenta, EXCEPT in the case where the benefits of transfer outweigh the risks that may arise from or during labor.
- If the hospital or physician deems it in the best interest of the patient (or unborn child) to transfer the patient to another medical facility, the hospital requires that the physician execute a transfer certificate complying with the standards of the law and provide medically appropriate patient transfer.

### Notice of Risks and Benefits

All transfers have inherent risks of traffic delays, accidents during transport, inclement weather, rough terrain or turbulence, limitations of equipment and personnel present in the vehicle, potential total diversion to other than intended facility because of deteriorating condition, unanticipated medical emergencies, worsening of medical condition, or death.

Additional possible risks include: _____

The benefits of transfer include: _____

### Patient Consent/Refusal

I understand the hospital has offered to examine *Amy Catlett* (the patient) to determine if a medical emergency condition exists to provide necessary treatment to stabilize my condition and to provide a medically appropriate transfer to another facility and has explained the risks, benefits and options. I understand the risks, benefits and options.  After considering the above information, I hereby:

☐ Consent to Transfer

☐ Refuse services and request transfer against medical advice.  Reason: _____

☒ Refuse to consent to transfer. Reason: *Pt doesn't feel she needs to go regardless of what comments made or posted on facebook*

Print Name_____ Signature _____ Date _____ Time_____

The patient is unable to sign because they are: ☐ a minor  ☒ incompetent  ☐ unconscious  ☐ Other: _____

_____ Consent was obtained from: _____

Print Name _____ Signature _____ Relationship _____

Witness Signature *Michell Trolin*   Date 11/21/09   Time 2030

### Physician Certification

☒ Based on the information available to me at the time of transfer, the medical benefits expected from the provision of appropriate medical care at another facility outweigh the increased risk to the patient and/or unborn child from effecting the transfer.

☐ Patient/family has requested transfer to another facility for the above listed reasons.  The benefits, risks and options to transfer have been explained to the patient/family who has voiced understanding.

Print Name *Dr Wm Morr*   Signature _____   Date 11/21   Time 745

Signature of Person Completing Form   *Michelle Traline*   Date 11/21/09   Time 2030

WHITE - PATIENT CHART      YELLOW - RECEIVING FACILITY      PINK - PATIENT CARE MANAGEMENT

SJH-1083-B-1                                                    AEL 7/2007

Acct# 75282256 MRN 941        11/21/2009
CATLETT, AMY
DOB 02/06/1973      Sex F       Age 36Y
ATT DR: DIORIO, DOMINIC

**South Jersey**
Changing Medi

MR# 285646455    Acct# 75282265 11/21/2009
**CATLETT, AMY**
DOB 06/06/1973      Sex F      Age **36Y**

## ADVANCE DIRECTIVE/ORGAN DONOR INTERVIEW FORM

**SECTION A:   ADMISSIONS OFFICE INFORMATION – For In/Outpatients 18 Years and Older**

1. Does this patient have an Advance Directive/Living Will?   ☐ YES   ☒ NO
   a. If **YES to #1**, do they have it with them?   ☐ YES   ☒ NO
      If **YES**, I notified: _____ / _____
        PCM, social services, PCC, SDS nurse, nursing supervisor (if 3-11 & 11-7)        date/time
   b. If **NO to #1a**, who will bring it to the admissions office? Name _____
   c. When Advance Directive became available, I notified: _____
      and sent to _____ unit.   PCM, social services, PCC, SDS nurse, nursing supervisor (if 3-11 & 11-7)
2. If **NO to # 1:**
   a. Do they want information about Advance Directives?   ☐ YES gave booklet   ☒ NO
   b. Do they want help completing an Advance Directive?   ☐ YES   ☒ NO
      If **YES**, I notified _____ to follow-up with patient.
        PCM, social services, SDS nurse, nursing supervisor (if 3-11 & 11-7)
3. Does patient have an organ donor card?   ☐ YES   ☒ NO
4. Copy of Advance Directive / Organ Donor Card sent to nursing unit. ☐ YES   ☒ NO

I HAVE BEEN INFORMED THAT THE PRESENCE OR ABSENCE OF AN ADVANCE DIRECTIVE WILL IN NO WAY ALTER ANY CARE RENDERED TO ME AT SOUTH JERSEY HOSPITAL AND THAT POLICES ON ADVANCE DIRECTIVES ARE AVAILABLE FOR REVIEW UPON REQUEST.

X _____   _____   1600
Signature of patient, if unable to sign, have next of kin        Signature of registrar completing this section        Time
                                                                  and witness to patient signature

**SECTION B:   REVIEW OF ADVANCE DIRECTIVE – Completed by persons contacted by Admissions**

1. Advance Directive reviewed for validity, appropriate witnesses, signature, date.   ☐ YES   ☐ NO
2. Document validity by recording: **"verified", signature** and **date** on copy of Adv. Directive.   ☐ YES   ☐ NO
3. Adv. Dir./Organ Donor Card placed behind Interview Form in Adv. Dir. Section of chart.   ☐ YES   ☐ NO
4. Advance Directive Sticker placed on chart cover.   ☐ YES   ☐ NO
5. Because a copy of the Advance Directive is not available at this time, a **summary of directive** as stated by patient is as follows: "_____
   _____
6. Dr. _____ notified of presence of Advance Directive information   ☐ YES   ☒ NO
7. Section completed by: _____
     PCM, social services, PCC, SDS nurse, nursing supervisor (if 3-11 & 11-7)        date/time

**SECTION C:   EXISTING ADVANCE DIRECTIVE NOT VALID**

1. Reviewed problems of invalid Advance Directive with patient.   ☐ YES   ☐ NO
2. Assisted patient in completing valid Advance Directive – if **YES**, go to Section B.   ☐ YES   ☐ NO
3. If problem not resolved, notify registration to change database.   ☐ YES   ☐ NO

**SECTION D:   CHANGING AN EXISTING ADVANCE DIRECTIVE**

1. Review with patient the request to have the Advanced Directive changed.   ☐ YES   ☐ NO
2. Follow Section B if needed.
3. Section completed by: _____
                          Signature                                            date/time

**SECTION E:   NO AVAILABLE ADVANCE DIRECTIVE/UNABLE TO CONFIRM EXISTENCE**
        **(Patient does not have decision-making capacity)**

☐ 1. Patient unable to confirm existence of Advance Directive
☐ 2. No family member available/able to confirm existence of Advance Directive.

        Signature _____

SJH-1035  REV 5/04

CHART COPY

# VINELAND EMERGENCY MEDICAL SERVICE
## PATIENT REPORT

DISPATCH # 75092-09                                              RUN #

PATIENT'S NAME Catlett Amy          WEIGHT _____ lbs / kgs   AGE 36 yrs / mnths

HOME ADDRESS 3137 Swan Dr VLD. NJ 08360   DATE OF BIRTH 2 . 6 . 73

INCIDENT LOCATION SAA          MALE ☐  FEMALE ☑  RACE Cau

| 1 STATUS ON ARRIVAL ☐N/A | 2 PATIENT'S CHIEF COMPLAINT ☐N/A | 3 HISTORY OF INJURY ☑N/A | 4 PARTS INJURED |
|---|---|---|---|
| ☐ Conscious ☐ Unresponsive | ☐ Decreased Level of Consciousness | ☐ Automobile ☐ Firearm | ☐ Abdomen ☐ Forearm ☐ Leg |
| ☐ Alert ☐ Oriented | ☐ Numbness/Weakness ☐ Syncope | ☐ Bike/Auto ☐ Knife/Sm Object | ☐ Arm ☐ Hand ☐ Neck |
| ☐ Alert only to Verbal ☐ Alert only to Painful | ☐ Respiratory Distress ☐ Poisoning | ☐ Blunt Trauma ☐ Machinery | ☐ Back ☐ Head ☐ Pelvis |
| ☐ Confused ☐ Lethargic | ☐ Vision Loss/Disturbance ☐ Vomiting | ☐ Crushed ☐ Motorcycle | ☐ Chest ☐ Hip ☐ Shoulder |
| ☐ Appropriate for Age ☐ Agitated | ☐ Nausea ☐ Overdose | ☐ Diving ☐ Pedestrian/MVC | ☐ Elbow ☐ Knee ☐ Thigh |
| ☐ Violent ☐ Uncontrollable | ☐ Choking ☐ Dizzy | ☐ Electrical Shock ☐ Small Tool | ☐ Face |
| ☐ Cardiac Arrest ☐ Respiratory Arrest | ☐ Seizure Activity ☐ Unresponsive | ☐ Explosion/Fire ☐ Sport | ☐ Foot ☐ Other |
| ☐ Witnessed ☐ Unwitnessed | ☐ Bleeding- | ☐ Fall ☐ Truck | 5 CIRCULATORY STATUS |
| ☐ CPR Started-Time | ☐ Pain- | ☐ Fight/Violence ☐ Watercraft | ☐ Normal ☐ Distended ☐N/A |
| ☐ By EMS ☐ By Lay Person | ☐ Other- | ☐ Other | Capillary Refill 2 seconds ☐N/A |
| ☐ By Fire/Police ☐ Other | | | |
| Estimated Anoxic Time _____ hrs / min | 7 (Medical Emergencies) NATURE OF CALL (Trauma Emergencies) | | |

| 7 (Medical Emergencies) | NATURE OF CALL | (Trauma Emergencies) | |
|---|---|---|---|
| ☐ Allergic Reaction ☐ Neurological/CVA | ☐ Respiratory Emergency | ☐ Aircraft Crash | ☐ Electric Injury ☐ Haz Mat |
| ☐ Cardiac Arrest ☐ OB/GYN | ☐ Seizures | ☐ Assist Fire | ☐ Environmental-Cold ☐ Machinery |
| ☐ Cardiac-Other ☐ Overdose | ☐ Transport-Emergency | ☐ Assist PD | ☐ Environmental-Heat ☐ MVC |
| ☐ Choking ☐ Poisoning | ☐ Transport-Non Emergency | ☐ Bicycle Crash | ☐ Fall ☐ Pedestrian/MVC |
| ☐ Diabetic ☑ Psych/Behavior | ☐ Unconscious/Syncope | ☐ Blunt Trauma | ☐ Fire Call ☐ Sexual Assault |
| ☐ GI Complaint ☐ Public Service | ☐ Unfounded | ☐ Burns | ☐ Firearm ☐ Stabbing |
| ☐ Medical Alarm ☐ Respiratory Arrest | ☐ Weak/Malaise/Fever | ☐ Drowning/Near Drowning | ☐ Fractures ☐ Watercraft Crash |
| ☐ Other | | ☐ Other | |

| 6 OTHER OBSERVATIONS ☑N/A | 8 LUNGS ☐N/A | 9 PAST MEDICAL HISTORY ☐N/A |
|---|---|---|
| ☐ None          Site | ☐ Normal Air Exchange ☐ Shallow Respirations | ☐ Allergy ☐ Epilepsy |
| ☐ Major Bleeding | ☐ Deep Respirations ☐ Respiratory Arrest | ☐ Angina ☐ Hypertension |
| ☐ Paralysis (new / old) | LEVEL OF DISTRESS ☐ Mild ☐ Moderate ☐ Severe | ☐ Anxiety ☐ MI / Heart Attack |
| ☐ Weakness (new / old) | ONSET ☐ Acute ☐ Gradual ☐ Unknown | ☐ Asthma ☐ Pacemaker/Internal Defib |
| ☐ Suspected Fracture | SOUNDS ☐R ☐L Absent ☐R ☐L Wheeze | ☐ Behavioral ☐ Patient Denied |
| ☐ Open Wounds | ☐R ☐L Diminished ☐R ☐L Rhonchi ☐R ☐L Rales | ☐ Cancer ☐ Psychiatric Illness |
| ☐ Other | | ☐ Congestive Heart Failure ☐ Pulmonary Edema |

| 10 ONSET OF SYMPTOMS ☑N/A | | ☐ Chronic Obstructive Pulmonary Distress ☐ Pulmonary Embolus |
|---|---|---|
| DATE _____ / _____ / _____ | 12 PUPILS ☐N/A | ☐ Cerebral Vascular Accident / Trans Ischemic Attack ☐ Seizures |
| TIME ☐ UNKNOWN | ☐ Normal ☐R ☐L Dilated ☐R ☐L Constricted | ☐ Diabetes ☐ Other |
| 11 SKIN ☐N/A | ☐ Unequal ☐R ☐L Sluggish ☐R ☐L Non-Reactive | |
| ☑ Warm ☐ Cool ☐ Moist ☑ Dry | | |
| ☑ Normal ☐ Cyanotic ☐ Pale ☐ Flushed | | |
| ☐ Ashen ☐ Mottled ☐ Other | | |

| 13 PATIENT MANAGEMENT ☐N/A | | | | 14 MEDICATIONS ☐N/A |
|---|---|---|---|---|
| ☐ BLEEDING CONTROL | ☐ AUTO VENT | ☐ VACUUM SPLINTS | | Lanex |
| ☐ BURN TREATMENT | ☐ BAG VALVE MASK | ☐ ACTIVATED CHARCOAL | TIME | |
| ☐ C-COLLAR m/T | ☐ COMBITUBE / LMA | TIME | ☐ ASSIST WITH EPI-PEN | TIME |
| ☐ CID / BACKBOARD | ☐ DEFIBRILLATOR | # SHOCKS | ☐ ASSIST WITH INHALER | TIME |
| ☐ ICE PACK | ☐ HONORED A DNR | ☐ ASSIST WITH NTG X | TIME | |
| ☐ KED | ☐ NASAL AIRWAY | ☐ IPECAC | | Patient Denied |
| ☐ MAST ☐ INFLATED? | ☐ ORAL AIRWAY | ☐ OXYGEN / LPM | CANNULA ☐ MASK ☐ | 15 ALLERGIES |
| ☐ TRACTION SPLINT | ☐ SUCTION | ☐ NEONATAL DELIVERY | | Patient Denied |

| 16 DATE / TIME LOG | 17 CREWS / VEHICLES / ADVANCED LIFE SUPPORT | 18 PATIENT DISPOSITION ☐N/A |
|---|---|---|
| Date 11.20.09 | Vineland Emergency Medical Service Rig 1430 | ☐ Refused Transport / Attached |
| Unit Dispatched 15 23 | DiNunzio 25418 | Transported to: BMC ☐ SJRMC |
| | Crew Member Name, First and Last | |
| Unit Responded 15 23 | | Disposition ☐ Left ER AMA ☐ Died in ER ☐ DOA / ER ☐ Dead at Scene |
| Arrived at Location 15 30 | Watson 91083 | Admitting DX                    Room # |
| Arrived MICU | Crew Member Name, First and Last | ☐ ICU / CCU / General / Telemetry |
| Departed Location 15 34 | | Treated and Released with DX |
| Arrived at Hospital / LZ 15 41 | Crew Member Name, First and Last | 19 PROPERTY/ADVANCED DIRECTIVE ☐N/A |
| Available at Hospital / LZ 16 00 | ID MICU Responding | Item(s) in Question: |
| Back in Assigned Area 16 00 | ☐N/A ☐SNN ☐Too Far Out ☐Treated ☐Triage to BLS | Turned Over To: |
| | ID Air Ambulance | Name and Position and or Relationship to Patient |
| Responding From: Sta 2 | ☐N/A ☐SNN ☐Too Far Out ☐Treated ☐Triage to BLS | 20 EMERGENCY WARNING DEVICES USED |
| | Grounded due to: | ☐ Not Used ☐ Responding ☐ On Location ☐ To Hospital ☐ Between Hospitals |

| 21 COMMUNICATIONS WITH HOSPITAL ☐N/A | | |
|---|---|---|
| Hospital BMC | Physician / Nurse Staff | Other |
| | Name and Certification | Name and Certification |
| VIA: ☐ HEAR ☐ MICU ☐ PD Communications ☐ CC Communications ☐ By Cell Phone ☐ Other | | |

| 22 EQUIPMENT LEFT ON / WITH PATIENT ☐N/A | 23 PATIENT RESTRAINED FOR: ☐N/A |
|---|---|
| ☐ None | |

REVIEWERS SIGNATURE                DRIVERS SIGNATURE                REVIEWERS SIGNATURE                SUPERVISORS SIGNATURE OR INITIALS

641 8500 Lp

# VINELAND EMERGENCY MEDICAL SERVICE
## PATIENT REPORT

DISPATCH # 75092-09

RUN # _____

PATIENT'S NAME Catlett, Amy

| TIME | RESP. | PULSE | BLOOD PRESSURE | TREATMENT | PERFORMED BY | RESULT |
|------|-------|-------|----------------|-----------|--------------|--------|
|      |       |       |                |           |              |        |
|      |       |       |                |           |              |        |
|      |       |       |                |           |              |        |
|      |       |       |                |           |              |        |
|      |       |       |                |           |              |        |

cc/ None
HPI/ EDP, PT possibly tempting to harm her self
PE/ Upon arrival VPD also on location. found
36YOFCAO and very Agitated skin= w/n/d, pearl,
lungs clear bi-latt. PT seemed very upset and
stated why are you here, I dont want you
here, per VPD PT stated doesnt everyone
thinks about hurting themselfs. PT stated
she was not coming with us unless we were
going to put her in coma till next. year.
Rx/ PT was walked to ambulance and became
very uncoropperative and agitated. PT refused
to give any info other than name and DOB.
During transport PT refused to have vitals
done and continued to talk on the phone.
PT m/t to BMC WOI, PT care transfered to
EB staff (c-side) report given.
Meds/ Zanex
PMHX/ Anxiety

| SUPERVISOR'S SIGNATURE | PREPARER'S SIGNATURE | SENIOR E.M.T.'S SIGNATURE |
|------------------------|----------------------|---------------------------|
|                        |                      |                           |

*BG4*

Screener *Alexander, Louise*   Page 1

## CUMBERLAND COUNTY GUIDANCE CENTER -- SCREENING CENTER
### SCREENING ASSESSMENT & INTERVENTION RECORD

Date: 11/21/09   Outreach: Yes [ ] No [✓] Interview site: *BEA*   Chart Number: 0038941

Client's Last Name: *Catlett*   First: *Amy*

Address: 3137 *Swan Drive*

City: *Vineland*   State: *NJ*   Zip Code: 08361

Phone: (856)692-0938   SSN#: *refused to give* *85#*   Age: 36   D.O.B. 2/6/73

Language: English Yes [✓] No [ ]specify)_____ Hearing Impaired Yes[ ] No [✓] Translator required Yes [ ] No [✓]

Gender: Female [✓] Male [ ] Contact Person/Guardian *Marsha Zielinski (sister)* Religious Affiliation *Catholic*

Race: Black [ ] Caucasian [✓] Hispanic [ ] Other [ ] (Please specify): _____

Referral Source: (circle all that apply) Self  Family  Significant Other  ICMS  PACT  Police Dept: BPD  MPD (VPD)  BSP  PNSP

Jail  Court  Nursing Home  Assisted Living  Mental Health Provider  Shelter  Other (list)_____

_____   Client Accompanied By: *Rachel*

**Marital Status:** Single [✓]   Married [ ]   Life Partnership [ ]   Divorced [ ]   Separated [ ]   Widowed [ ]

**Current living situation:** Alone [ ]  Relatives/Family [✓] Other [ ]   List: *Rachel*

**Children:** No [ ] Yes [ ]  Ages List:_____

**Veteran:** Yes [ ] No [✓]  Active Deployment Yes [ ] No [✓]  Number of Tours of Duty ✓

**Employment Status:**
Employed [✓]   Unemployed [ ]   Public Assistance [ ]   Retired [ ]   Disabled [ ] List: _____

Occupation *Lawyer*   Employer *Gae, Hyps, Kowalski*

**Education:** Highest grade completed:_____ Education Classification? Yes[ ] No[ ] Type: 12 + 8

**Legal Status:** Pending/Present Criminal Charges Yes [✓] No [ ]List: (Describe)

_____

_____

**Past Criminal History:** Yes [ ]  No [✓] (Details of history) _____

_____

**Probation/Parole Officer:** Yes [ ]  No [✓]

### Insurance Information & Authorizations

[ ] Insurance  [ ] No Insurance  Medicaid #_____   Medicare #_____
Subscriber:_____   Plan:_____   ID#_____
Phone #_____ Insurance rep _____ Time of contact_____ # Days authorized_____
Pre-Cert Yes [ ]  No [ ]  Inpt._____ Partial_____ Crisis_____ Transport_____

| For Review Only: | Restraints_____ | Jail_____ | Police_____ | Return in 72 Hours_____ |
|---|---|---|---|---|

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

Client Name: _Catlett Amy_                                    Page 2

**Medical History:** (please check all that apply)                **Family Physician:** _____

**Eating D/O:** Anorexia Yes [ ] No [✗] Bulimia Yes [ ] No [✗] Pica Yes [ ] No [✗] Other _____

**History of Significant Head Trauma:** Yes [ ] No [✗] Onset age _____ Seizures or other related problems: Yes [ ] No [✗]

Describe: _____
**Significant Medical History/Treatment:** Yes [ ] No [✗] (medical problems, surgeries)

_____

_____

**Allergies:** Yes [ ] No [✗] List: _____

**Medications:** Yes [✗] No [ ] List: _Xanax 1 mg BID, Trazodone 300 mg_
_? hs_

_____

**ER Interventions:** (Check all that Apply)
Meds Given: __ (list/time given): _No medication given_

_____

Restraints: __ (time / reason) _____

Labs: ✓ (typo / results) _urine preg ⊖ UDS ⊖ Benzo, Valproic Acid_
_47.0 ⊕ WBC 12.9 ⊕ Neut 81.7 ⊕ Lymphs 13.4 ⊖ Glucose 123 ⊕_
_T    B/P   R   P_

Studies: X Rays ____ Results ⊖ CAT Scan ____ Results ⊖ EKG Results ⊖

**Presenting Problem:** (Current stressors, precipitating factors, current symptoms/behaviors and duration of problem)

_This 36 y.o. S/W female presented to the BHU accompanied_
_by her Mother transfer from RMC for Psychiatric_
_evaluation. Pt report that she had "call the" face book_
_and said she was going to close her account. She_
_would like to hide under a rock or be put in a_
_coma for a year." The VPD Police arrived at her_
_door saying she was suicidal and they were taking_
_to the hospital. When I got there I refused to let them_
_get my blood. They took my jewelry from me and my_
_clothes. Finally they put me in 4 Points I bit a nurse_
_when they were trying me down. When I refuse services_
_I had her to pay." "I'm not suicidal never been suicidal_
_I have been wearing a cross around my neck since I was_
_a small child._

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

Client Name: _Catlett; Amy_

Page 3

**Psychosocial History/Supports:** _Pt is a Practicing Lawyer lost her b/f 11 mos ago around this this time   She has a supportive Mother and many friends_

**Mental Status Examination:**

**Orientation:** Time Yes ✓ No___        Place Yes ✓ No___        Person Yes ✓ No___

**General Appearance:** (Describe physical characteristics, apparent age, peculiarity of dress, grooming & personal hygiene)

_Hospital Gown, looks Younger than Stated age Hygiene good_

**Behavior, Activity & Response to Interview:** Gestures Tics Grimacing Mannerisms Reluctance Engaging Guarded

Fearful Angry Agitated Threatening Provocative Dramatic Impulsive (Calm) (Cooperative) Uncooperative

Eye contact: Good ✓ Fair___ Poor___        Other/Describe:_____

**Speech:** (Rate, Volume, Productivity, Pitch, Clarity) (Normal) Pressured Rambling Slow Soft Loud Mute Slurred

Echolalia Describe:_____

**Mood/Affect:** (Circle all that apply & describe below) **Mood:** Happy Calm Worried Anxious Depressed (Sad) Frightened

Angry **Affect:** Blunted (Flat) Broad Labile Alert Tense Frowning Suspicious Crying Bright Laughing Smiling

_____
_____

**Affect/Facial Expression Appropriate to Mood:** Yes___ No___ (Explain any incongruence above)

Delusions Yes___ No ✓        Hallucinations Yes___ No ✓        Command Hallucinations Yes___ No ✓

Describe:_____
_____

**Thought Processes:** (Normal) Relevance Rationality Organized Looseness of Assoc. Tangential Flight of Ideas Other:

**Memory:** Immediate: (Intact) Impaired    Recent (Intact) Impaired    Remote (Intact) or Impaired Describe below:_____

**Attention Span/Concentration:** Good ✓ Fair___ Poor___ Describe any deficits:_____

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client's Name: *Catlett, Amy*                                                          Page 4

**Sleep:**   No disturbance   Increased   Decreased   Difficulty Falling Asleep   Early Awakening
              Nightmares   (Describe any abnormalities):

*4-6 hr sleep*

_____

**Appetite/ Eating Disorders:** No disturbance   Increased   Decreased   Binging   Purging   Weight Gain   Weight Loss

Explain any abnormality: *Eat once a day*

_____

**Insight & Judgment:**   Insight: Good___ Fair ✓Impaired___   Judgement: Good___ Fair ✓Impaired___   Describe:_____

_____

## Suicide/Other Directed Harm Assessment

**Suicide Ideation:** Yes ___ No ✓ Describe *Denies S/I & H/I - Pt states "has never been suicidal*

Frequency of Thoughts: _____ per day   _____ per week   _____ per month

Duration of Thoughts: _____ seconds   _____ minutes   _____ hours

**Suicide Plan:** Yes ___ No ✓   **Other Harm** Yes ___ No ___

When: _____

Where: _____

How: _____

Specific Preparation: Yes___ No ✓ Describe: (i.e. hording pills, wtiring suicide/homicide notes)_____

Suicide Rehearsal: Yes ___ No ✓ Describe _____

_____

Access to Means: Yes ___ No ✓ Describe _____

_____

Degree of Lethality as Rated by Clinician  Low ✓ Medium_____ High ____
Are guns readily accessible to client (home, work etc.): Yes ___ No ✓ If response is "yes," provide details of plan to eliminate
primary access to guns.

_____

_____

Impulsive Behaviors: Yes ___ No ✓ Current_____

Past Impulsivity: _____

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: *Catlett Amy*

**Stressors:**                                                                         Page 5

1) Loss Event: (anniversary date, death, status, financial, other) *Recently lost boyfriend*
*approximately 11 mos ago*

2) Relationship Problems: *None*

3) Interpersonal Isolation: *None*

4) Health Concerns: *None*

5) Legal Concerns: *None*

<u>**\* The following section is to be completed by the client with the assistance of the clinician.**</u>

I have thoughts of ending my life? (circle the best answer)  (Never)  Rarely  Sometimes  Frequently  Always

**Rate and fill out each item below according to how you feel right now.**

Rank each category in their order of significance on a 1 -5 scale:   (1 = most significant to 5 = least significant)

<u>**Risk of Self Harm**</u>

| Rank | |
|------|---|
| Rank | 1)  Rate **Psychological Pain** ( hurt, misery or mental anguish, not stress, not physical pain):<br>Low Pain   1  2  3  4  5   High Pain<br>What I find most painful is: _____ |
| Rank | 2)  Rate **Stress** (your general feeling of being pressured or overwhelmed):<br>Low Stress   1  2  3  4  5   High Stress<br>What I find most stressful is: |
| Rank | 3)  Rate **Agitation** (emotional urgency and feeling that you need to take action; not irritation, not annoyance):<br>Low Agitation   1  2  3  4  5   High Agitation<br>I feel the most need to take action when: |
| Rank | 4)  Rate **Hopelessness** (expectation that things will not get better regardless of your efforts):<br>Low Hopelessness   1  2  3  4  5   High Hopelessness<br>I feel most hopeless about: _____ |
| Rank | 5)  Rate **Self-Hate** (your general feeling of disliking yourself; having no self-esteem, no self respect):<br>Low Self-Hate   1  2  3  4  5   High Self-Hate<br>What I hate most about myself is: |
| N/A | 6)  **RATE OVERALL RISK OF SUICIDE:**<br>Extremely Low Risk  (will not kill self)  1  2  3  4  5   Extremely High Risk (will kill self) |

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law.  Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations.  A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: *Catlett, Amy*                                                    Page 6

How much is being suicidal related to thoughts and feelings about **yourself**? Not at all  1  2  3  4  5  Completely

How much is being suicidal related to thoughts and feelings about **others**?  Not at all  1  2  3  4  5  Completely

**List your reasons for wanting to live and reasons for wanting to die. Rank in order of significance.**

(1 = most significant to 5 = least significant)

| Rank | REASON FOR LIVING | Rank | REASON FOR DYING |
|------|-------------------|------|------------------|
|      |                   |      |                  |
|      |                   |      |                  |
|      |                   |      |                  |
|      |                   |      |                  |
|      |                   |      |                  |

**Please circle the most accurate answer to the following questions.**

I wish to live to the following extent:  Not at all:  1   2   3   4   5   :Very much

I wish to die to the following extent:  Not at all:  1   2   3   4   5   :Very much

The one thing that would help me to no longer feel suicidal would be: _____

_____

* Copyright David A. Jobes, Ph.D.  Adapted and reprinted with permission granted to Maureen Underwood on 3/24/06.

**Other Current Self-Injurious Behaviors**: Yes__ No✓ Describe_____

_____

_____

_____

**Previous Suicidal or Self-Injurious Behaviors:**  Yes__ No✓ (Provide specific details)_____

_____

_____

**Danger To Self – Not Suicidal:**  Yes__ No✓ Describe _____

_____

_____

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: _Catlett, Amy_                                    Page 7

## Risk of Harm to Others

### Answers to Likert scale questions are provided by the client and recorded by the clinician

I have thoughts of hurting someone else? (circle best answer)   Never   Rarely   Sometimes   Frequently   Always

Rank each category in their order of significance on a 1 -5 scale:   (1 = most significant to 5 = least significant)

| Rank | |
|---|---|
| | 7) Rate level of **Fear** (your general sense or feeling of being endangered or threatened by someone or something):<br>Low Fear   1   2   3   4   5   High Fear<br>What I am most fearful of is: _____ |
| | 8) Rate level of **Anger** (annoyance, resentment, rage or blame directed at another person, people in general, agency, institution, situation):<br>Low anger   1   2   3   4   5   High anger<br>The situation or person that causes me to be most angry is: _____ |
| | 9) Rate level of **Hate** (your general feeling of disliking someone or something):<br>Low Hate   1   2   3   4   5   High Hate<br>What I hate most is: _____ |
| | 10) Rate **Agitation** (feeling of urgency and sense of need to take action regarding your specific anger, hate or fears):<br>Low Agitation   1   2   3   4   5   High Agitation<br>I feel the most need to take action when: _____ |
| | 11) **RATE OVERALL RISK OF HURTING or HARMING SOMEONE ELSE:**<br>Extremely Low  (will not harm anyone)   1   2   3   4   5   Extremely High  (will take action to harm someone) |

**Current Indicators of Dangerousness to Others?** Yes__ No__ (Statements of ideation or plan, actions taken) _____

_____

_____

**History of Violence to Others?** Yes__ No__ Explain _____

_____

_____

**Destructive To Property?** Yes__ No__  (Provide details of ideation, plan, actions) _____

_____

_____

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: *Catlett, Amy*                                          Page 8

**Psychiatric History:** Currently in treatment Yes ✓ No __   Explain/List Provider: *Dr. Steel*

**Compliant With Treatment:** Yes ✓ No __  **Medication:** Yes ✓ No __ Explain: *Xanax  Trazodone*

**Past Treatment Providers:** *None*

**Psychiatric Advanced Directives:** Yes __ No ✓ Explain: _____

**Screening Center Contact  Within Past 30 Days?**  Yes __ No ✓

**Disch. From Psych Hosp Within Past 30 Days?**   Yes __ No ✓   **Which Hospital?** _____

**Previous  Psychiatric Hospitalizations:**

| [ ] BMHU | [ ] STCF | [ ] Hampton | [ ] Ancora | [ ] BCCIS | [ ] Shoreline | [ ] Other _____ |
|----------|----------|-------------|------------|-----------|---------------|------------------|
| Date | Date | Date | Date | Date | Date | Date |

**Family History of Mental Illness:** _____

**Screening for Substance Abuse:**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Failure to meet obligations (social, interpersonal, occupational)? | [ ] | [ ] | Under  the influence  have done things out of the ordinary? | [ ] | [ ] |
| Others  expressed concern about your use? | [ ] | [ ] | Ever used more than you intended? | [ ] | [ ] |
| Stopped taking prescribed medication in order to use? | [ ] | [ ] | Currently abusing drugs or alcohol? | [ ] | [ ] |
| Used to change your  mood /self  medicate? | [ ] | [ ] | History of blackouts? | [ ] | [ ] |
| Ever  use to help you wake up or go to sleep? | [ ] | [ ] | Do you need more to get high? | [ ] | [ ] |
| After using ever told yourself "I will never do that again" | [ ] | [ ] | Can you stop using whenever you want once you start? | [ ] | [ ] ✓ |
| History of withdrawal seizures? | [ ] | [ ] | Can you accurately predict the amount that you will use? | [ ] | [ ] |
| Substance  of choice? _____ | | | Substance used most often? _____ | | |

**Current or Previous Substance Abuse Treatment ?** Yes__   No ✓ Specify treatment & list dates or timeframes

_____

_____

**Current Use:** (Substance, Amount , Frequency of Use, Method,  Duration of Use,  Last Use)

Alcohol: _____
Marijuana: _____
Heroin: _____
Cocaine: _____
Others: _____

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law.  Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations.  A general authorization for the release of medical or other information is not sufficient for the purpose.

Client's Last Name: _Catlett_   First: _Amy_   Chart #: _____

**ADDENDUM NOTES**

_Collateral_

| Date /Time | Discussion / Comments / Staff signature |
|---|---|
| 11-21-9 2230 | Clt. Mother states some- one saw a comment saw a comment on face book became concerned & called the state police. Mother Marsha Zielinski. States clt. has been depressed since her fiancee died 11 mos. ago. Clt. is seeing Dr. Treel and did see a grief counselor. Clt. lives with her Mother and her Mother knows amy is depressed but she is not suicidal. Clts Mom states her clt. completed grief counseling at a Nazarene church. Discussed clt. & her boys' attorney rose and her friend Lisa. Both state clt. is depressed but slowly making progress. She also went to Virtua (yest. [crushed & enjoyed herself] They agree clt. is either inappropiate at times by not being heard. Listened the police knocked on her door, took look |

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client's Last Name: _____   First: _____   Chart #: _____

### ADDENDUM NOTES

| Date /Time | Discussion / Comments / Staff signature |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[   ] NOT APPLICABLE   LOS:_____   TIME START:_____   AM/PM TIME END:_____   AM/PM

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the ... ... ... ... ... for the release of medical or other information is not sufficient for the purpose.

Client's Last Name: _Catlett_        First: _Amy_        Chart #: _____

**ADDENDUM NOTES**

_Collateral_                                          _J.B_

| Date /Time Cont | Discussion / Comments / Staff signature |
|---|---|
| 11-21-9 223() | _Her against her will to the Hosp. Got from an anonymous phone call._ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

[ ] NOT APPLICABLE    LOS:_____    TIME START:_____    AM/PM TIME END:_____    AM/PM

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client's Last Name: _____   First: _____   Chart #: _____

### ADDENDUM NOTES

| Date /Time | Discussion / Comments / Staff signature |
|------------|------------------------------------------|
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |
|            |                                          |

[  ] NOT APPLICABLE   LOS:_____   TIME START:_____ AM/PM TIME END:_____ AM/PM

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law.  Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ or as otherwise permitted by such regulations.  A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: _Catlett, Amy_                                                    **Page 9**

**Current Symptoms of Withdrawal?** Yes__ No_✓_ (Describe) _____

_____

**History of Withdrawal?** Yes__ No_/_ (Describe) _____

**Additional Information re: Substance Abuse:** _None_

_____

**Domestic Violence / Sexual Assault:** Client is the victim? Yes__ No__ Client is the offender? Yes__ No__ (specify details)

_1991 from & boyfriend_

_____

**Collateral Information:** Document all efforts to contact family/service providers whether or not successful.

**Family / Significant Other:** (include name & info provided)  phone [ ]   in-person [ ]   unavailable [ ]   not applicable [ ]

_Collateral  see Page  9A & B_

_____

_____

**Treatment Providers:** (name & information provided)  phone [ ]  in-person [ ]  unavailable [✓]  not applicable [ ]  Explain:

_Dr Friel_

_____

_____

**CCGC Contacts (CMHC5 Check):**   None [✓] Closed [ ] Open [ ] Crisis Only [ ]   List Dates: _____

_____

_____

**Other:** (i.e. police, boarding home, other social service agencies)  phone [ ]   in-person [ ]   unavailable [ ]   not applicable [ ]

_____

_____

**Previous Records Obtained & Reviewed?** Yes__ No_✓_ (Summary of any **additional** significant info from previous records. If

records are not available, document all efforts to obtain them) _None_

_____

_____

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: *Catlett, Amy*                                        Page 10

**Current Identified Needs/Problem Formulation:** Circle all that apply & elaborate

Mood Disorder   Psychosis   (Depression)   Danger to Self   Danger to Others   Housing   Financial   Anxiety   Substance Abuse

Sleep Disorder   Legal/Criminal   Medical/Somatic   Unable to Adhere to Treatment   Transportation   Marital/Relationship/Family

Other (explain)/Elaborate: _____

_____

_____

_____

**Client Strengths and Protective Factors:** ( Strong Support System )   Intact Family     Stable Employment     Future Goals

Any Deterrents To Self Harm (____children ____pets____ religion)

Other(explain)/Elaborate: _____

_____

_____

**Consultations**

Psychiatrist (name): *Dr Parah* _____ [X] phone  [ ] face  [ ] telepsychiatry  time _____

Discussion/Recommendations: *Pt Can Go home with family and*

*follow-up to Dr Freel*

Supervisor's name: _____ [X] N/A  [ ] phone  [ ] face  Time _____

Discussion/Recommendations: _____

E.R. Physician name: *Dr Kasper* _____ [ ] N/A  [ ] phone  [X] face  Time _____

Discussion/Recommendations: *Medcossey Cleared for crisis*

Other Clinical Consultation (name): _____ [X] N/A  [ ] phone  [ ] face  Time _____

Discussion/Recommendations: _____

**Diagnostic Impression:**

*Bereavement* _____    DSM - CODE *V62,82*  AXIS *I*

*Deferred* _____    DSM - CODE _____  AXIS *II*

_____    DSM - CODE _____  AXIS _____

*No Medical Problems* ____    ICD 9 -CODE _____  AXIS III

*Loss B/F sudden death 11 mos ago*    AXIS IV _____  AXIS: GAF *40*

*Pt had grief counseling before starting with*

*Dr Freel. To help and thru her loss.*

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client's Name _Cathlee Amys_

## Interventions Provided / Disposition Plan

**Crisis Stabilization Techniques:** Document all interventions directed at the provision of support, control & structure
e.g. client safety search, ensure safe environment during crisis contact, de-escalation, analysis of problem & engagement of
problem solving skills, techniques to decrease perturbation, engagement of social support system, negotiation of safety maintenance
& development of contingency plan

Maintained in a safe environment for Pt
Refused all services – Would not sign
any paper – "I should not be here" "If not
signing or paying for this."

**Client / Family Education:** (Review of discharge/treatment plan, other topics covered & client / family response)

Refused – Pt did agree to Call Dr Frus on
Monday Towill we would only get the
answering service.

**Admission to ECES:** Further assessment necessary__ Crisis stabilization__ Other __ (elaborate reason for admission)

N/A

**Discharge to Home/Community:** Condition improved__   Needs can be appropriately & safely met without hospitalization__
Psych inpatient not indicated ✔   No evidence of danger to self, others or property at this time ✔
Refused inpatient & does not meet commitment criteria ✔   Signed out AMA, risks explained__   Other (explain) __

D/c Hm c̄ f/u c̄ Dr Frus
keep scheduled appointment
1/4/10

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.

Client Name: _Cattell, Amy_                                    Page 12

**Out-Pt Treatment Plan:**

Outpatient Referral: Appt scheduled (specify clinic, date, time) _n / A_

Patient to arrange appt (specify) _n / A_

Will continue with current treatment & provider (specify) _Dr Freel_

Referral to other agency and/or specialized services (specify), include any services offered but rejected by client

_n / A_

_____

_____

**Client and/or family response to treatment plan, level of participation, understanding and willingness to follow through**

_____

_____

**Screening follow-up/linkage required?  Yes __  No _✓_** _____

_____

**Psychiatric Inpatient Admission:**

Hospital / Facility _n / A_

Specify rationale & reason for ruling out less restrictive alternate treatment.

Less restrictive options are:   Not available __    Not appropriate __    Specify: _____

_____

_____

_____

(Include all travel time, paper work, collateral contacts, etc.)

LOF: _06_  LOS: _02_  TIME START: _10_ A̶M̶ / PM̶  TIME END: _12 :30_ AM̶ / PM̶  DATE: _11/31/09_

**SCREENER SIGNATURE /DEGREE/TITLE:**

_Louise Alexander MSA CS_

**SCREENER NAME /DEGREE/TITLE (PRINT):**

_Louise Alexander MSA CS_

Confidential Information: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for the purpose.